B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dubin, David J.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6090** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**130 Fairview**<br>**Deerfield, IL**<br>ZIP Code **60015** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)
- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- ☒ Debts are primarily
  business debts.

**Filing Fee** (Check one box)
- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)  Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Dubin, David J.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dubin, David J.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ David J. Dubin**
_____
Signature of Debtor  **David J. Dubin**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 22, 2013**
_____
Date

### Signature of Attorney*

**X** **/s/ Ariel Weissberg**
_____
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
_____
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
_____
Firm Name
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

_____
Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
_____
Telephone Number

**July 22, 2013**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re   __David J. Dubin__ _____

                                             Debtor(s)

Case No. _____

Chapter   __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ David J. Dubin**
                      **David J. Dubin**

Date:  **July 22, 2013**

B6D (Official Form 6D) (12/07)

In re __David J. Dubin_____,   Case No. _____
                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br>**2358 Capital Partners, LLC** <br>**4252 N. Cicero Avenue** <br>**Chicago, IL 60641** | X | - | | **Blanket Lien** <br><br><br><br>Value $      **Unknown** | | | | 1,952,986.00 | **Unknown** |
| Account No. <br><br>**3670-3720 Capital Partners, LLC** <br>**4252 N. Cicero Avenue** <br>**Chicago, IL 60641** | X | - | | **Blanket Lien** <br><br><br><br>Value $      **Unknown** | | | | 8,494,990.00 | **Unknown** |
| Account No. <br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |
| Account No. <br><br><br><br> | | | | <br><br><br><br>Value $ | | | | | |

__0__ continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 10,447,976.00 | 0.00 |
| Total <br> (Report on Summary of Schedules) | 10,447,976.00 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    **David J. Dubin**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____0_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **David J. Dubin**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**2301 S Wabash Development Corp**<br>**4252 N Cicero Ave**<br>**Chicago, IL 60641** | X | - | **2901 north clybourn corp (Dubin Residential Communities Corp.)** | | | | 1,297,992.00 |
| Account No.<br><br>**3600 South Western LLC**<br>**4252 N Cicero Ave**<br>**Chicago, IL 60641** | X | - | **35th & Morgan development corp. (Dubin Holding Inc),3600 South Western LP** | | | | 3,121,633.00 |
| Account No.<br><br>**3600 South Western Properties Corp**<br>**4252 N Cicero Ave**<br>**Chicago, IL 60641** | X | - | **3600 South Western Properties LP** | | | | 596,371.00 |
| Account No.<br><br>**3600 South Western Properties LP**<br>**4252 N Cicero Ave**<br>**Chicago, IL 60641** | | - | **Unsecured Loan** | | | | 232,313.00 |
| __28__ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | 5,248,309.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re __David J. Dubin_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shoemaker Office Investments LLC | | | | |
| 3927 W Belmont Commercial Prop LLC 4252 N Cicero Ave Chicago, IL 60641 | X | - | | | | | | 4,467.00 |
| Account No. | | | | Dubin & Associates Inc,Kuggel Investments Corp Shoemaker Office Investments LLC | | | | |
| 3963 W Belmont Residential Prop LLC 4252 N Cicero Ave Chicago, IL 60641 | X | - | | | | | | 1,782,954.00 |
| Account No. | | | | Unsecured Loan | | | | |
| 4401 West Lawrence LLC 4252 N Cicero Ave Chicago, IL 60641 | | - | | | | | | 1,423,393.00 |
| Account No. | | | | Footwear Factory Development Corp. | | | | |
| A & B Sanchez Landscaping, Inc 2814 E. Hintz Rd Arlington Heights, IL 60004 | X | - | | | | | | 5,139.80 |
| Account No. | | | | Legal Fees; D Cubed Holdings, LLC | | | | |
| A.M. Saccullo Legal, LLC 27 Crimson King Drive Bear, DE 19701 | X | - | | | | | X | Unknown |

Sheet no. _1___ of _28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 3,215,953.80 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin**                                                     ,     Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Abbey Flooring Inc.**<br>**3100 N. Elston**<br>**Chicago, IL 60618** | X | - | | **Dubin & Associates Inc, Dubin Holdings Inc, Footwear Factory Development Corp.** | | | | 26,020.25 |
| Account No.<br><br>**Acme Door, Inc**<br>**1319 Rainbow Circle**<br>**Manteno, IL 60950** | X | - | | **Footwear Factory Development Corp.** | | | | 3,342.50 |
| Account No.<br><br>**Action K-9 Security, Inc.**<br>**P.O. Box 5127**<br>**Chicago, IL 60680** | X | - | | **Dubin Does The Town Corp** | | | | 300.00 |
| Account No. xxxxx0347<br><br>**Acura Financial Services**<br>**P.O..Box. 5308**<br>**Elgin, IL 60121** | X | - | | **Dubin & Associates, Inc** | | | | 3,500.00 |
| Account No.<br><br>**Adelphia Cleaning Corp.**<br>**3601 W. Devon, #3**<br>**Chicago, IL 60659** | X | - | | **Dubin & Associates Inc.** | | | | 2,067.00 |

Sheet no. __2__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,229.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin**                                                                          ,    Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Footwear Factory Development Corp. | | | | |
| **Adrian Byrd** **3963 W. Belmont Unit 329** **Chicago, IL 60618** | X | - | | | | | 180.00 |
| Account No. | | | Dubin Holdings Inc.; Footwear Factory Development Corp. | | | | |
| **Air-Rite Heating & Cooling** **100 Overland Dr., Suite A** **North Aurora, IL 60542** | X | - | | | | | 47,073.23 |
| Account No. | | | Dubin Holdings Inc | | | | |
| **Alert Protective Services, Inc.** **3833 N. Cicero Ave.** **Chicago, IL 60641** | X | - | | | | | 174.00 |
| Account No. | | | Footwear Factory Development Corp. | | | | |
| **Alex Valle** **3963 N. Belmont, Unit 606** **Chicago, IL 60618** | X | - | | | | | 170.00 |
| Account No. | | | Footwear Factory Development Corp. | | | | |
| **All-Types Elevators, Inc.** **11105 S. Nashville, Unit B** **Berwyn, IL 60402** | X | - | | | | | 27,157.20 |

| | | |
|---|---|---|
| Sheet no. __3__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 74,754.43 |

B6F (Official Form 6F) (12/07) - Cont.

In re **David J. Dubin** ,                              Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Alliance Pension Consultants**<br>**1751 Lake Cook Rd., Suite 400**<br>**Deerfield, IL 60015** | X | - | **Dubin & Associates Inc,**<br>**Dubin Does The Town Corp, Dubin Residential**<br>**401k & Profit Sharing Plan** | | | | **Unknown** |
| Account No.<br>**American Express**<br>**P.O.Box 360001**<br>**Fort Lauderdale, FL 33336** | | - | **Unsecured Loan** | | | | **Unknown** |
| Account No.<br>**American Indus Comm Cleaning**<br>**4146 N. Monticello**<br>**Chicago, IL 60618** | X | - | **Dubin Holdings Inc.; Footwear Factory**<br>**Development Corp.** | | | | **1,140.00** |
| Account No.<br>**Arcadia Place Townhomes**<br>**53 W. Jackson Blvd. #620**<br>**Chicago, IL 60604** | X | - | **Dubin & Associates Inc** | | | | **15,000.00** |
| Account No.<br>**Asbach & Vanselow**<br>**P.O. Box 92170**<br>**Elk Grove Village, IL 60009** | X | - | **Dubin & Associates Inc,**<br>**Dubin Holdings Inc,**<br>**Footwear Factory Development Corp.**<br>**3600 South Western Properties LP** | | | | **409,072.90** |

Sheet no. __4__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**425,212.90**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David J. Dubin**
_____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | Footwear Factory Development Corp. | | | | |
| Becker Works, Ltd 1046 N. Wolcott Chicago, IL 60622 | X | - | | | | | 250.00 |
| Account No. | | | Dubin Holdings Inc | | | | |
| Beverly Asphalt Paving Co 1514 W. Pershing Chicago, IL 60609 | X | - | | | | | 2,617.00 |
| Account No. | | | Footwear Factory Development Corp. | | | | |
| Bibby Financial Services 1400 Opus Place, Suite 250 Downers Grove, IL 60515 | X | - | | | | | 41,369.79 |
| Account No. | | | Dubin Holdings Inc, Footwear Factory Development Corp. | | | | |
| Big John's Sewer Contractors 9909 W. Roosevelt Rd. Suite 206 Westchester, IL 60154 | | - | | | | | 15,808.00 |
| Account No. | | | Dubin Residential Communities Corp. | | | | |
| Black Box Network Services 21398 Network Place Chicago, IL 60673 | X | - | | | | | 410.00 |

Sheet no. __5__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    60,454.79

B6F (Official Form 6F) (12/07) - Cont.

In re **David J. Dubin** ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Dubin Holdings Inc, Footwear Factory Development Corp. | | | | |
| **Brook Furniture Rental, Inc.** 4078 Paysphere Circle Chicago, IL 60674 | X | - | | | | | | **Unknown** |
| Account No. | | | | Dubin & Associates Inc | | | | |
| **Canon Financial Services Inc.** 14904 Collections Center Drive Chicago, IL 60693 | X | - | | | | | | **2,224.66** |
| Account No. | | | | Dubin Holdings Inc, Footwear Factory Development Corp., Dubin & Associates Inc 3600 South Western Properties Corp | | | | |
| **Carol Taxman Ltd** 9636 Lawler Skokie, IL 60077 | X | - | | | | | | **8,400.00** |
| Account No. | | | | Dubin & Associates Inc | | | | |
| **Chase Bank - Credit Card** P O Box 15153 Wilmington, DE 19886 | X | - | | | | | | **Unknown** |
| Account No. | | | | Dubin Holdings Inc | | | | |
| **Chicago Scaffolding** 4824 W. Lake St. Chicago, IL 60644 | X | - | | | | | | **2,325.00** |

Sheet no. __6__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **12,949.66**

B6F (Official Form 6F) (12/07) - Cont.

In re  **David J. Dubin**                                                      ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.                            Dubin & Associates, Inc. | | | | | | | | | |
| **Cincinnati Insurance Company c/o Litchfield Cavo, LLP 303 W. Madison St., Suite 300 Chicago, IL 60606** | X | - | | | | | | X | **2,750,000.00** |
| Account No.                            3927 West Belmont Commercial Property, LLC | | | | | | | | | |
| **Citibank NMTC Corporation 1801 California St., Suite 3700 Denver, CO 80202** | X | - | | | | | | X | **6,021,829.00** |
| Account No.                            35th & Morgan Development Corp.; Dubin & Associates, Inc.; 1010-38 W. 35th St. | | | | | | | | | |
| **City of Chicago c/o Corporation Counsel 30 N LASALLE, Suite 800 Chicago, IL 60602** | X | - | | | | | | X | **Unknown** |
| Account No.                            Dubin Holdings Inc, Footwear Factory Development Corp., 3600 South Western Properties LP | | | | | | | | | |
| **Cityscape Landscape P.O. Box 482 Wood Dale, IL 60191** | X | - | | | | | | | **20,249.25** |
| Account No.                            Dubin & Associates Inc | | | | | | | | | |
| **Clarksville Station Condo Assn 3260 N. Clark St. Chicago, IL 60657** | X | - | | | | | | | **18,750.00** |

Sheet no. __7__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **8,810,828.25**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David J. Dubin**                                                                                    Case No. _____
                                                                        ,
                                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Footwear Factory Development Corp | | | | |
| **Contractors Access Equipment**<br>**2222 S. Halsted St.**<br>**Chicago, IL 60608** | X | - | | | | | **1,049.00** |
| Account No. | | | | | | | |
| **Cook County Treasurer**<br>**118 N. Clark St., Room 112**<br>**Chicago, IL 60602** | X | - | | | | | **Unknown** |
| Account No. | | | Shoemaker Office Investments LLC | | | | |
| **CRF Projects LLC Series V-2**<br>**850 West Jackson blvd., Suite 825**<br>**Chicago, IL 60607** | X | - | | | | | **Unknown** |
| Account No. | | | Dubin Properties Inc<br>3600 South Western Properties Corp<br>Dubin Does The Town Corp<br>3670-3720 North Milwaukee Corp.<br>1514 West 77th Street L.L.C.,1704 West 77th<br>Street L.L.C.,1717 West 77th Street L.L.C.,1738<br>West 77th Street L.L.C.,1815 We | | | | |
| **CT Corporation**<br>**P.O. Box 4349**<br>**Carol Stream, IL 60197** | X | - | | | | | **845.00** |
| Account No. | | | Dubin Holdings Inc, Footwear Factory<br>Development Corp. | | | | |
| **D & H Energy Management Co.**<br>**11420 Kreutzer Rd.**<br>**Huntley, IL 60142** | X | - | | | | | **3,877.10** |

Sheet no. __8__ of __28__ sheets attached to Schedule of                                      Subtotal
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)         **5,771.10**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin**                                                                      ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  D Cubed Holding LLC  4252 N Cicero Ave  Chicago, IL 60641 | X | - | Dubin & Associates Inc,Dubin Does The Town Corp,Dubin Residential Communities Corp.,Kuggel Investments CorpDubin Holdings Inc,Footwear Factory Development Corp.Dubin Properties Inc,,3600 South Western Properties Corp3670-3720 North Milwauke | | | | Unknown |
| Account No.  Daspin Aument LLP  227 W. Monroe St.  Suite 3500  Chicago, IL 60606 | X | - | Dubin Holdings Inc | | | | 9,897.00 |
| Account No.  Dubin & Associates Inc  4252 N Cicero Ave  Chicago, IL 60641 | X | - | Kuggel Investments Corp  Tampa Investments LLC  Dubin Holdings Inc(35TH & morgan development corp,2301 s Wabash development corp,2358 s Wabash development corp, 3600 South western development corp),Footwear Factory Development Corp.,3600 So | | | | 6,254,165.00 |
| Account No.  Dubin Family Holdings, LLC  4252 N. Cicero Avenue  Chicago, IL 60641 | X | - | Loan and Security Agreement 8/2/2011; Dubin Holdings, Inc.; 35th & Morgan; 2301 S. Wabash Development Corporation; Dubin Properties, Inc.; 3600 S. Western, LLC; Shoemaker Office Investments, LLC | | | | 3,516,306.00 |
| Account No.  Dubin Holdings Inc  4252 N Cicero Ave  Chicago, IL 60641 | | - | Unsecured Loan | | | | 5,233,285.00 |

Sheet no. __9___ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,013,653.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin**
_____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dubin Holdings Inc**<br>**4252 N Cicero Ave**<br>**Chicago, IL 60641** | X | - | | **3670-3720 North Milwaukee Corp.,3600 south western LLc (3600 South Western Properties Corp)** | | | | **325,382.00** |
| Account No.<br><br>**Dubin Residential Communities Corp.**<br>**4252 N. Cicero Avenue**<br>**Chicago, IL 60641** | X | - | | **Loan Agreement 8/2/2011; Dubin & Associates, Inc.** | | | X | **Unknown** |
| Account No.<br><br>**Dubin Residential Communities Corp.**<br>**4252 N. Cicero Ave**<br>**Chicago, IL 60641** | X | - | | **Dubin & Associates Inc,Kuggel Investments Corp**<br>**Dubin Holdings Inc,Footwear Factory Development Corp.**<br>**3600 South Western Properties LP,Shoemaker Office Investments LLC,8001 South Marshfield LLC & 1735 West 79th Street L.L.C.**<br>**Dubin Group L** | | | | **307,494.00** |
| Account No.<br><br>**Eager Concrete Corp**<br>**697 Aurburn Court**<br>**Crystal Lake, IL 60014-8911** | X | - | | **Footwear Factory Development Corp** | | | | **2,445.00** |
| Account No.<br><br>**Emerald Architecture**<br>**824 S. Maine St., #103**<br>**Crystal Lake, IL 60014** | X | - | | **Dubin Holdings Inc** | | | | **800.00** |

Sheet no. __10__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **636,121.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin** _____,   Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | **Dubin Holdings Inc** | | | | |
| **Environmental Cleansing Corp**<br>**16602 S. Crawford**<br>**Markham, IL 60428** | | | | | | | | 22,438.29 |
| Account No. | | | - | **Era Valdivia v. David Dubin, 10-L-1342** | | | X | |
| **Era Valdivia Contractors, Inc.**<br>**c/o Aronberg Goldgehn Davis & Garm**<br>**330 N. Wabash Ave., Suite 1700**<br>**Chicago, IL 60611** | | | | | | | | 175,035.95 |
| Account No. | X | | - | **Footwear Factory Development Corp** | | | X | |
| **Falcon Mechanical**<br>**15850 New Ave.**<br>**Lemont, IL 60439** | | | | | | | | 25,121.67 |
| Account No. | X | | - | **Footwear Factory Development Corp**<br>**3670-3720 North Milwaukee Corp.** | | | | |
| **Fidelity National Title Ins**<br>**203 North Lasalle St., Suite 2200**<br>**Chicago, IL 60601** | | | | | | | | 675.00 |
| Account No. | X | | - | **35th & Morgan Development Corp** | | | | |
| **First Merit Bank, N.A.**<br>**P O Box 3648**<br>**Akron, OH 44309** | | | | | | | | Unknown |

Sheet no. __11__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **223,270.91**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Footwear Factory Development Corp | | | | |
| Fisher & Partners Structural Engine 372 W. Ontario, Suite 301 Chicago, IL 60654 | X | - | | | | | | 47.19 |
| Account No. | | | | Dubin & Associates Inc Shoemaker Office Investments LLC | | | | |
| Footwear Factory Development Corp. 4252 N Cicero Ave Chicago, IL 60641 | X | - | | | | | | 92,782.00 |
| Account No. | | | | Unsecured Loan | | | | |
| Ginsberg Jacobs, LLC 300 South Wacker Drive Suite 2450 Chicago, IL 60606 | | - | | | | | | Unknown |
| Account No. | | | | Dubin & Associates Inc, Footwear Factory Development Corp., Shoemaker Office Investments LLC | | | | |
| Guru Naganat 4252 N Cicero Ave Chicago, IL 60641 | X | - | | | | | | 101,750.00 |
| Account No. | | | | Dubin Holdings Inc, Footwear Factory Development Corp. 3600 South Western Properties LP | | | | |
| Hartshorne Plunkard Architecture 232 N. Carpenter Chicago, IL 60607 | X | - | | | | | | Unknown |

Sheet no. __12__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **194,579.19**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin**                                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Hubbard Heating**<br>**112 S. First Street**<br>**Peotone, IL 60468** | | - | | | **Footwear Factory Development Corp.** | | | | 3,985.00 |
| Account No.<br><br>**J & M Fence**<br>**P.O. Box 353**<br>**Lyons, IL 60534** | X | | | | **Dubin Holdings Inc, Footwear Factory Development Corp.**<br>**Dubin Does The Town Corp** | | | | 9,764.30 |
| Account No.<br><br>**Jack Torcolese Landscaping**<br>**7151 Lill Court**<br>**Niles, IL 60714** | X | - | | | **Dubin & Associates Inc** | | | | 1,110.00 |
| Account No.<br><br>**K and G Cleaning, Inc.**<br>**6007 W. Belmont, Unit #4**<br>**Chicago, IL 60634** | X | - | | | **Dubin Residential Communities Corp.** | | | | 225.00 |
| Account No.<br><br>**K.Reinke Jr. & Company**<br>**202 Barrington Ave.**<br>**Dundee, IL 60118** | X | - | | | **Dubin Residential Communities Corp.** | | | | 8,773.00 |

Sheet no. **13** of **28** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,857.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin**
_____,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kedmont Waterproofing**<br>**5428 N. Kedzie**<br>**Chicago, IL 60625** | X | - | **Footwear Factory Development Corp.** | | | | 5,945.00 |
| Account No.<br><br>**Kenig, Lindgren, O'Hara, Aboona**<br>**9575 W. Higgins, Suite 400**<br>**Des Plaines, IL 60018** | X | - | **3600 South Western Properties LP** | | | | 147.10 |
| Account No.<br><br>**Kleen Teem**<br>**3601 W. Devon, #3**<br>**Chicago, IL 60659** | X | - | **Dubin Holdings Inc, Footwear Factory Development Corp.** | | | | 1,972.03 |
| Account No.<br><br>**LCT Design Group, LLC**<br>**401 N. Franklin, Suite 56**<br>**Chicago, IL 60610** | X | - | **3600 South Western Properties LP** | | | | 3,862.50 |
| Account No.<br><br>**Lena Hamilton**<br>**3963 W. Belmont Unit 118**<br>**Chicago, IL 60618** | X | - | **Footwear Factory Development Corp.** | | | | 143.00 |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,069.63

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **David J. Dubin**                                         ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Levenfeld Pearlstein v. Dubin, 12-L-470 | | | | |
| **Levenfeld Pearlstein**<br>**2 N. LaSalle St.**<br>**Suite 1300**<br>**Chicago, IL 60602** | | - | | | | X | 133,081.33 |
| Account No. | | | **Dubin Holdings Inc, Footwear Factory Development Corp.** | | | | |
| **Lookswell Painting Inc**<br>**15631 S. New England**<br>**Oak Forest, IL 60452** | X | - | **Dubin & Associates Inc** | | | | 6,130.00 |
| Account No. | | | **Dubin & Associates Inc,Dubin Does The Town Corp,Dubin Residential Communities Corp.,Kuggel Investments Corp** | | | | |
| **Masuda Funai Elfert & Mitchell**<br>**P.O. Box 3016**<br>**Milwaukee, WI 53201** | X | - | **Dubin Holdings Inc,Footwear Factory Development Corp.**<br>**Dubin Properties Inc,,3600 South Western Properties Corp**<br>**3670-3720 North Mi** | | | | **Unknown** |
| Account No. | | | **Dubin Holdings Inc** | | | | |
| **Matthew Walaszek**<br>**1403 N. Wicker Park Ave., #3**<br>**Chicago, IL 60622** | X | - | | | | | 125.00 |
| Account No. | | | **MB Financial Bank, N.A. v. Dubin, 12-L-694; MB Financial Bank, N.A. v. David Dubin, 13-L-002568** | | | | |
| **MB Financial Bank, N.A.**<br>**c/o Rachel L. Broyles**<br>**150 S. Wacker Dr., Suite 3150**<br>**Chicago, IL 60606** | | - | | | | X | 776,782.66 |

Sheet no. __15__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

916,118.99

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin**                                                        ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MBB Enterprises of Chicago, Inc**<br>**3352 W. Grand Ave.**<br>**Chicago, IL 60651** | X | - | **Footwear Factory Development Corp** | | | | 790.00 |
| Account No.<br><br>**McGill Construction Co.**<br>**13830 S. Harrison Ave.**<br>**Blue Island, IL 60406** | X | - | **Footwear Factory Development Corp.** | | | | 3,505.50 |
| Account No.<br><br>**Medina Lawncare, Inc**<br>**3610 N. Cicero**<br>**Chicago, IL 60641** | X | - | **Dubin & Associates Inc** | | | | 35.00 |
| Account No.<br><br>**Melvin Cohen & Associates, Inc**<br>**Melvin Cohen & Associates, Inc**<br>**Chicago, IL 60606** | X | - | **Footwear Factory Development Corp.** | | | | 525.00 |
| Account No. **xxxxxx1000**<br><br>**Merchants and Manufacturers Bank**<br>**801 S. Briggs St.**<br>**Joliet, IL 60433** | | - | **Unsecured Loan** | | | | 166,870.00 |

| | | |
|---|---|---|
| Sheet no. __16__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 171,725.50 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **David J. Dubin** _____,   Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx0000**<br><br>**Merchants and Manufacturers Bank**<br>**801 S. Briggs St.**<br>**Joliet, IL 60433** | | - | | | **Unsecured Loan** | | | | **19,068.02** |
| Account No.<br><br>**Merchants and Manufacturers Bank**<br>**801 S. Briggs St.**<br>**Joliet, IL 60433** | | - | | | **M&M Bank v. Dubin, 12-L-009745** | | | X | **Unknown** |
| Account No.<br><br>**Midwest bank and Trust Co**<br>**500 West Chestnut Street**<br>**Hinsdale, IL 60521** | | - | | | **Unsecured Loan** | | | | **Unknown** |
| Account No.<br><br>**Midwest Wrecking Co**<br>**1950 W. Hubbard St.**<br>**Chicago, IL 60622** | X | - | | | **Footwear Factory Development Corp., Dubin & Associates Inc** | | | | **4,037.50** |
| Account No.<br><br>**Miller Cooper & Co.**<br>**1751 lake Cook Rd., Suite 400**<br>**Deerfield, IL 60015** | X | - | | | **Dubin & Associates Inc,Dubin Does The Town Corp,Dubin Residential Communities Corp.,Kuggel Investments CorpDubin Holdings Inc,Footwear Factory Development Corp.Dubin Properties Inc,,3600 South Western Properties Corp3670-3720 North Milwauke** | | | | **Unknown** |

Sheet no. **17** of **28** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,105.52**

B6F (Official Form 6F) (12/07) - Cont.

In re __David J. Dubin__ _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mitchell & Elizabeth Marewicz**<br>**3963 W. Belmont**<br>**Chicago, IL 60618** | X | - | **Footwear Factory Development Corp.** | | | | **Unknown** |
| Account No.<br><br>**Modern Painting Contractors**<br>**2008 W. Warner Ave.**<br>**Chicago, IL 60618** | X | - | **Footwear Factory Development Corp.** | | | | **672.00** |
| Account No.<br><br>**Modular Space Corporation**<br>**c/o Levenfeld Pearlstein**<br>**2 N. LaSalle St., Suite 1300**<br>**Chicago, IL 60602** | | - | **Modular Space Corporation v. Dubin, et al., 10-M1-203574** | | | X | **Unknown** |
| Account No.<br><br>**Mohammad Musheer Ahmad**<br>**3414 Harms Rd.**<br>**Joliet, IL 60435** | X | - | **Dubin Holdings Inc, Footwear Factory Development Corp.**<br>**Dubin Does The Town Corp** | | | | **3,200.00** |
| Account No.<br><br>**Monroe Place Townhomes Homeowners**<br>**1228 W Monroe St**<br>**Chicago, IL 60607** | | - | **Unsecured Loan** | | | | **Unknown** |

Sheet no. __18__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,872.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David J. Dubin**                                          ,   Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Dubin Holdings Inc, Footwear Factory Development Corp. | | | | |
| **Much Shelist** **35335 Eagle Way** **Chicago, IL 60678** | X | - | | | | | |
| | | | | | | | **2,259.00** |
| Account No. | | | Dubin Holdings Inc | | | | |
| **Muellermist Irrigation Co** **P.O. Box 6307** **Broadview, IL 60155** | X | - | | | | | |
| | | | | | | | **4,295.00** |
| Account No. | | | Footwear Factory Development Corp. | | | | |
| **Nairco, Inc** **3120 S. Parnell** **Chicago, IL 60616** | X | - | | | | | |
| | | | | | | | **9,000.00** |
| Account No. | | | Unsecured Loan | | | | |
| **National City Bank** **One PNC Plaza, 249 Fifth Ave** **Pittsburgh, PA 15222-2707** | | - | | | | | |
| | | | | | | | **Unknown** |
| Account No. | | | Dubin Holdings Inc | | | | |
| **National Construction Rentals** **P.O. Box 4503** **Pacoima, CA 91333** | X | - | | | | | |
| | | | | | | | **387.37** |

Sheet no. __19__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **15,941.37** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **David J. Dubin**                                            ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**New Homes Directory . Com**<br>**39977 Savanna Way**<br>**Murrieta, CA 92563** | X | - | **Dubin Holdings Inc, Footwear Factory Development Corp.** | | | | 734.00 |
| Account No.<br><br>**Nixon Peabody LLP**<br>**401 9th Street NW, Suite 900**<br>**Washington, DC 20004** | X | - | **Dubin Holdings Inc, Dubin Residential Communities Corp.** | | | | **Unknown** |
| Account No.<br><br>**Norman Mechanical**<br>**3850 Industrial Ave.**<br>**Rolling Meadows, IL 60008** | X | - | **Dubin & Associates Inc, Dubin Residential Communities Corp.,Footwear Factory Development Corp.** | | | | 301,355.00 |
| Account No.<br><br>**Novogradac & Company LLC**<br>**P.O. Box 7833, 5th Floor**<br>**San Francisco, CA 94120** | X | - | **Dubin Holdings Inc, Dubin & Associates Inc** | | | | **Unknown** |
| Account No.<br><br>**Paige Personnel Services**<br>**75 Remittance Drive  Suite 1499**<br>**Chicago, IL 60675** | X | - | **Footwear Factory Development Corp.** | | | | 687.05 |

Sheet no. __**20**__ of __**28**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     302,776.05

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin**                                                ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Dubin & Associates Inc** | | | | |
| **Paulina Wieslaw** **7064 W Higgins Ave** **Mount Prospect, IL 60056** | X | - | | | | | | 35.66 |
| Account No. | | | | **Footwear Factory Development Corp.** | | | | |
| **Peak Services, LLC** **P.O Box 428** **Saint John, IN 46373** | X | - | | | | | | 2,350.00 |
| Account No. | | | | **Footwear Factory Development Corp.** **Dubin & Associates Inc** **Dubin Residential Communities Corp.** **Dubin Holdings Inc** | | | | |
| **Peerless Rug Company** **3033 N. Lincoln Ave.** **Chicago, IL 60657** | X | - | | | | | | 163,355.90 |
| Account No. | | | | | | | | |
| **People Energy** **2934 W. Lake St.** **Chicago, IL 60612** | X | - | | | | | | 33,202.15 |
| Account No. | | | | **3600 South Western Properties LP** | | | | |
| **Pioneer Environmental** **700 N. Sacramento Blvd., Suite 100** **Chicago, IL 60612** | X | - | | | | | | 1,226.25 |

Sheet no. __21__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 200,169.96

B6F (Official Form 6F) (12/07) - Cont.

In re   **David J. Dubin**                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Dubin & Associates Inc** | | | | |
| **Pitney Bowes** **2225 American Drive** **Neenah, WI 54956** | X | - | | | | | **Unknown** |
| Account No. | | | PNC Bank v. 35th & Morgan Development Corp, et al., 11-CV-09255; PNC Bank v. 3600 South Western, LLC, et al., 11-CV-9264; PNC Bank v. Dubin, et al., 11-CV-02126; PNC BANK v. Dubin, et al., 11-cv-02128 | | | X | |
| **PNC Bank, N.A.** **c/o Reed Smith, LLP** **10 S. Wacker Dr., Suite 4000** **Chicago, IL 60606** | | - | | | | | **16,647,913.00** |
| Account No. | | | **Dubin Holdings Inc** | | | | |
| **Prestress Engineering Corp.** **2220 Rt. 176** **Crystal Lake, IL 60012** | X | - | | | | | **88,657.68** |
| Account No. | | | **Dubin & Associates Inc** | | | | |
| **Residential Construction Empl** **3041 Wood Creek Drive** **Suite 101** **Downers Grove, IL 60515** | X | - | | | | | **250.00** |
| Account No. | | | **3600 South Western Properties LP** | | | | |
| **Reyes & Bonoma** **1 N. LaSalle, Suite 4500** **Chicago, IL 60602** | X | - | | | | | **9,823.50** |

Sheet no. __22__ of __28__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)        **16,746,644.18**

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin**                                                    ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Footwear Factory Development Corp. | | | | |
| Rich Clarey 3963 W. Belmont Ave. Parking Space P-2 Chicago, IL 60618 | X | - | | | | | Unknown |
| Account No. | | | Footwear Factory Development Corp. Dubin & Associates Inc Dubin Holdings Inc | | | | |
| Roy Storm Refuse Removal, Inc P.O. Box 428 1201 Greenwood Ave Maywood, IL 60153 | X | - | | | | | 1,176.80 |
| Account No. | | | 3600 South Western Properties LP | | | | |
| Salinas Landscaping 3635 N. Sacramento Chicago, IL 60618 | X | - | | | | | 1,000.00 |
| Account No. | | | Dubin Holdings Inc | | | | |
| Service Drywall & Decorating 47 N. Irving Park Rd. Roselle, IL 60172 | X | - | | | | | 320.00 |
| Account No. | | | Footwear Factory Development Corp. | | | | |
| Shoemaker Lofts Condo Assn P.O. Box 118086 Chicago, IL 60611 | X | - | | | | | Unknown |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,496.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David J. Dubin**                                            ,          Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Shoemaker Office Investments LLC**<br>**4252 N Cicero Ave**<br>**Chicago, IL 60641** | X | - | | **3963 W Belmont Residential Prop LLC(Footwear Factory Development Corp.)** | | | | 16,000.00 |
| Account No.<br><br>**Softer Lite Window**<br>**5800 N. Northwest Highway**<br>**Chicago, IL 60631** | X | - | | **Footwear Factory Development Corp.** | | | | 68,221.40 |
| Account No.<br><br>**Stevens & Tate, Inc**<br>**1900 South Highland Ave., Suite 200**<br>**Lombard, IL 60148** | X | - | | **Footwear Factory Development Corp.** | | | | 10,280.00 |
| Account No.<br><br>**Stuart Kantoff**<br>**c/o Butler, Rubin, Saltarelli, Boyd**<br>**70 W. Madison St., Suite 1800**<br>**Chicago, IL 60602** | | - | | | | | X | Unknown |
| Account No.<br><br>**Suarez Roofing, Inc**<br>**4649 W. Fullerton Ave.**<br>**Chicago, IL 60639** | X | - | | **Footwear Factory Development Corp.** | | | | 3,450.00 |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97,951.40

B6F (Official Form 6F) (12/07) - Cont.

In re   **David J. Dubin**                                        ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Tampa Investments LLC** <br> **4252 N Cicero Ave** <br> **Chicago, IL 60641** | | - | Unsecured Loan | | | | 1,136,308.00 |
| Account No. <br><br> **Telion Contracting Corp** <br> **2851 W. Diversey** <br> **Chicago, IL 60647** | X | - | Kuggel Investments Corp | | | | 17,650.00 |
| Account No. <br><br> **Tercon Builders, Inc.** <br> **5081 N. Elston Ave.** <br> **Chicago, IL 60630** | X | - | Shoemaker Office Investments LLC | | | | 2,360.00 |
| Account No. <br><br> **The Blueprint Shoppe** <br> **5130 N. Elston** <br> **Chicago, IL 60630** | X | - | Dubin Holdings Inc | | | | 249.60 |
| Account No. <br><br> **The Condominium At Monroe Place** <br> **1228 W Monroe St** <br> **Chicago, IL 60607** | | - | Unsecured Loan | | | | Unknown |

Sheet no. __25__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,156,567.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin**
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Engineering studio Inc**<br>**2604 Dempster**<br>**Suite 204**<br>**Park Ridge, IL 60068** | | - | **Unsecured Loan** | | | | **Unknown** |
| Account No.<br><br>**The Wabash Club Townhome Homeowners**<br>**22 East Cullerton Street #1**<br>**Chicago, IL 60616** | | - | **Unsecured Loan** | | | | **Unknown** |
| Account No.<br><br>**Thompson Coburn LLP**<br>**P.O. Box 18379M**<br>**Saint Louis, MO 63195** | X | - | **Shoemaker Office Investments LLC, Dubin Holdings Inc, Footwear Factory Development Corp.** | | | | **Unknown** |
| Account No.<br><br>**Three Twins, Inc**<br>**2261 N. Clybourn**<br>**Chicago, IL 60614** | X | - | **4401 West Lawrence LLC, Dubin & Associates Inc** | | | | **Unknown** |
| Account No.<br><br>**Tri-County Connections Inc**<br>**445 Connie Circle Drive**<br>**Lake Geneva, WI 53147** | X | - | **Footwear Factory Development Corp.**<br>**Dubin Holdings Inc** | | | | **16,612.10** |

Sheet no. __26__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,612.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **David J. Dubin** _____,    Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ulmer & Berne LLP<br>P.O. Box<br>Cincinnati, OH 45271 | X | - | Dubin & Associates Inc,Dubin Does The Town Corp,Dubin Residential Communities Corp.,Kuggel Investments CorpDubin Holdings Inc,Footwear Factory Development Corp.Dubin Properties Inc,,3600 South Western Properties Corp3670-3720 North Milwauke | | | | 172,084.67 |
| Account No.<br><br>Unimax<br>P.O. Box 31815<br>Chicago, IL 60631 | X | - | Footwear Factory Development Corp.<br>Dubin Holdings Inc | | | | 7,036.00 |
| Account No.<br><br>US Bank - Credit Card<br>P O BOX 790408<br>Saint Louis, MO 63179 | X | - | Dubin & Associates Inc | | | | Unknown |
| Account No.<br><br>UST<br>P O BOX 970<br>La Verne, CA 91750-0970 | | - | Unsecured Loan | | | | Unknown |
| Account No.<br><br>Waste Management<br>P.O. Box 4648<br>Carol Stream, IL 60197 | X | - | 1514 West 77th Street L.L.C.,1704 West 77th Street L.L.C.,1717 West 77th Street L.L.C.,1738 West 77th Street L.L.C.,1815 West 77th Street L.L.C. | | | | 2,196.94 |

Sheet no. __27__ of __28__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        181,317.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **David J. Dubin**
_____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Footwear Factory Development Corp. Dubin Holdings Inc | | | | |
| Weldtec Iron Works, Inc 500 Park Place, #205 Lake Villa, IL 60046 | X | - | | | | | | |
| | | | | | | | | 29,597.50 |
| Account No. | | | | Dubin Holdings Inc | | | | |
| Weston Solutions, Inc P.O. Box 538253 Atlanta, GA 30353 | X | - | | | | | | |
| | | | | | | | | 2,925.00 |
| Account No. | | | | Footwear Factory Development Corp. | | | | |
| Whirlpool Corporation P.O. Box 88129 Chicago, IL 60695 | X | - | | | | | | |
| | | | | | | | | 1,562.38 |
| Account No. | | | | Tampa Investments LLC | | | | |
| Williams Stoker & Heating Co 1823 W. Belmont Ave. Chicago, IL 60657 | X | - | | | | | | |
| | | | | | | | | 2,339.50 |
| Account No. | | | | | | | | |

Sheet no. __28__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 36,424.38 |
| Total (Report on Summary of Schedules) | 53,864,738.17 |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **David J. Dubin**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 22, 2013**

**/s/ Ariel Weissberg**
**Ariel Weissberg 03125591**
**Weissberg and Associates, Ltd.**
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
**312-663-0004  Fax: 312-663-1514**
**ariel@weissberglaw.com**

---

**WEISSBERG AND ASSOCIATES, LTD.**

401 South LaSalle
Suite 403
Chicago, Illinois 60605

Telephone: 312/663-0004
Facsimile: 312/663-1514
E-Mail:
ariel@weissberglaw.com

April 23, 2012

Mr. David J. Dubin
Dubin Residential
4252 N. Cicero Avenue
Chicago, IL  60641

By Email:   david@dubinresidential.com

Re:   **Financial Matters**

Dear Mr. Dubin:

We are pleased that you have requested this law firm to represent you in the above-captioned matter.   Lawyers are required, under the Rules of Professional Conduct, to communicate in writing the basis or rate of their fee when beginning the representation of a client.  This letter sets forth the terms concerning our representation of you.

You agree to pay our firm an advanced payment fee in the amount of $10,000.00 (the "Advanced Payment Retainer"), from which we will credit against our legal services as rendered and advance against any reimbursable costs and expenses, which amount is paid to us for the purpose of establishing our attorney-client relationship.

We will bill you on a monthly basis based on an hourly basis--to be applied against the Advanced Payment Retainer.  Our billing is based on the following rates for the attorneys of Weissberg and Associates:

| | |
|---|---|
| Ariel Weissberg: | $425.00 per hour |
| Rakesh Khanna | $350.00 per hour |
| John B. Wolf: | $325.00 per hour |
| Paralegal: | $100.00 per hour |

You shall also be responsible for the payment of all cost charges such as filings with courts and government agencies, photocopying, express courier services, messenger services, computerized research, travel, and other expenses and charges which are incurred by our firm in your representation.

Mr. David Dubin
April 23, 2012
Page 2

     Please date and countersign this letter and return it to me together with a check payable to "Weissberg and Associates, Ltd." in the amount of the Advanced Payment Retainer so that we will have a written mutual memorandum of our understanding. Please retain the signed copy of the letter for your file.

Yours truly,

Ariel Weissberg

ACCEPTED this 24 day of April, 2012

DAVID J. DUBIN

cc:    Mr. Guru Naganat

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **David J. Dubin**

Debtor(s)

Case No.

Chapter  **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**David J. Dubin**

Printed Name(s) of Debtor(s)

X **/s/ David J. Dubin**    **July 22, 2013**

Signature of Debtor    Date

Case No. (if known)

X

Signature of Joint Debtor (if any)    Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David J. Dubin** _____   Case No. _____
                                     Debtor(s)          Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **174**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **July 22, 2013** _____     **/s/ David J. Dubin** _____
                                           **David J. Dubin**
                                         Signature of Debtor

1514 West 77th Street L.L.C.
4252 N. Cicero Avenue
Chicago, IL 60641

1704 West 77th Street L.L.C.
4252 N. Cicero Avenue
Chicago, IL 60641

1717 West 77th Street L.L.C.
4252 N. Cicero Avenue
Chicago, IL 60641

1735 West 79th Street L.L.C.
4252 N. Cicero Avenue
Chicago, IL 60641

1738 West 77th Street L.L.C.
4252 N. Cicero Avenue
Chicago, IL 60641

1815 West 77th Street L.L.C.
4252 N. Cicero Avenue
Chicago, IL 60641

2301 S Wabash Development Corp
4252 N Cicero Ave
Chicago, IL 60641

2301 S. Wabash Development Corp.
4252 N. Cicero Avenue
Chicago, IL 60641

2358 Capital Partners, LLC
4252 N. Cicero Avenue
Chicago, IL 60641

2358 S. Wabash Development Corp.
4252 N. Cicero Avenue
Chicago, IL 60641

2901 North Clybourn Corp.
4252 N. Cicero Avenue
Chicago, IL 60641

```
35th & Morgan Development Corp.
4252 N. Cicero Avenue
Chicago, IL 60641


3600 S. Western Development Corp.
4252 N. Cicero Avenue
Chicago, IL 60641


3600 S. Western, LLC
4252 N. Cicero Avenue
Chicago, IL 60641


3600 South Western LLC
4252 N Cicero Ave
Chicago, IL 60641


3600 South Western Properties Corp
4252 N Cicero Ave
Chicago, IL 60641


3600 South Western Properties Corp.
4252 N. Cicero Avenue
Chicago, IL 60641


3600 South Western Properties LP
4252 N Cicero Ave
Chicago, IL 60641


3600 South Western Properties, LP
4252 N. Cicero Avenue
Chicago, IL 60641


3670-3720 Capital Partners, LLC
4252 N. Cicero Avenue
Chicago, IL 60641


3670-3720 North Milwaukee Corp.
4252 N. Cicero Avenue
Chicago, IL 60641


3927 W Belmont Commercial Prop LLC
4252 N Cicero Ave
Chicago, IL 60641
```

3927 W.Belmont Comm. Prop., LLC
4252 N. Cicero Avenue
Chicago, IL 60641


3963 W Belmont Residential Prop LLC
4252 N Cicero Ave
Chicago, IL 60641


3963 W Belmont Residential Prop LLC
4252 N. Cicero Avenue
Chicago, IL 60641


4401 West Lawrence LLC
4252 N Cicero Ave
Chicago, IL 60641


4401 West Lawrence, LLC
4252 N. Cicero Avenue
Chicago, IL 60641


4745 N Elston LLC
4252 N. Cicero Avenue
Chicago, IL 60641


8001 South Marshfield LLC
4252 N. Cicero Avenue
Chicago, IL 60641


A & B Sanchez Landscaping, Inc
2814 E. Hintz Rd
Arlington Heights, IL 60004


A.M. Saccullo Legal, LLC
27 Crimson King Drive
Bear, DE 19701


Abbey Flooring Inc.
3100 N. Elston
Chicago, IL 60618


Acme Door, Inc
1319 Rainbow Circle
Manteno, IL 60950

Action K-9 Security, Inc.
P.O. Box 5127
Chicago, IL 60680


Acura Financial Services
P.O..Box. 5308
Elgin, IL 60121


Adelphia Cleaning Corp.
3601 W. Devon, #3
Chicago, IL 60659


Adrian Byrd
3963 W. Belmont Unit 329
Chicago, IL 60618


Air-Rite Heating & Cooling
100 Overland Dr., Suite A
North Aurora, IL 60542


Alert Protective Services, Inc.
3833 N. Cicero Ave.
Chicago, IL 60641


Alex Valle
3963 N. Belmont, Unit 606
Chicago, IL 60618


All-Types Elevators, Inc.
11105 S. Nashville, Unit B
Berwyn, IL 60402


Alliance Pension Consultants
1751 Lake Cook Rd., Suite 400
Deerfield, IL 60015


American Express
P.O.Box 360001
Fort Lauderdale, FL 33336


American Indus Comm Cleaning
4146 N. Monticello
Chicago, IL 60618

Arcadia Place Townhomes
53 W. Jackson Blvd. #620
Chicago, IL 60604


Asbach & Vanselow
P.O. Box 92170
Elk Grove Village, IL 60009


Becker Works, Ltd
1046 N. Wolcott
Chicago, IL 60622


Beverly Asphalt Paving Co
1514 W. Pershing
Chicago, IL 60609


Bibby Financial Services
1400 Opus Place, Suite 250
Downers Grove, IL 60515


Big John's Sewer Contractors
9909 W. Roosevelt Rd. Suite 206
Westchester, IL 60154


Black Box Network Services
21398 Network Place
Chicago, IL 60673


Brook Furniture Rental, Inc.
4078 Paysphere Circle
Chicago, IL 60674


Canon Financial Services Inc.
14904 Collections Center Drive
Chicago, IL 60693


Carol Taxman Ltd
9636 Lawler
Skokie, IL 60077


Chase Bank - Credit Card
P O Box 15153
Wilmington, DE 19886

Chicago Scaffolding
4824 W. Lake St.
Chicago, IL 60644


Cincinnati Insurance Company
c/o Litchfield Cavo, LLP
303 W. Madison St., Suite 300
Chicago, IL 60606


Citibank NMTC Corporation
1801 California St., Suite 3700
Denver, CO 80202


City of Chicago
c/o Corporation Counsel
30 N LASALLE, Suite 800
Chicago, IL 60602


Cityscape Landscape
P.O. Box 482
Wood Dale, IL 60191


Clarksville Station Condo Assn
3260 N. Clark St.
Chicago, IL 60657


Contractors Access Equipment
2222 S. Halsted St.
Chicago, IL 60608


Cook County Treasurer
118 N. Clark St., Room 112
Chicago, IL 60602


CRF Projects LLC Series V-2
850 West Jackson blvd., Suite 825
Chicago, IL 60607


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197


D & H Energy Management Co.
11420 Kreutzer Rd.
Huntley, IL 60142

D Cubed Holding LLC
4252 N Cicero Ave
Chicago, IL 60641


D Cubed Holdings, LLC
4252 N. Cicero Avenue
Chicago, IL 60641


Daspin Aument LLP
227 W. Monroe St.
Suite 3500
Chicago, IL 60606


Dubin & Associates Inc
4252 N Cicero Ave
Chicago, IL 60641


Dubin & Associates, Inc.
4252 N. Cicero Avenue
Chicago, IL 60641


Dubin Does The Town Corp
4252 N. Cicero Avenue
Chicago, IL 60641


Dubin Family Holdings, LLC
4252 N. Cicero Avenue
Chicago, IL 60641


Dubin Group LP Investment, LLC
4252 N. Cicero Avenue
Chicago, IL 60641


Dubin Holdings Inc
4252 N Cicero Ave
Chicago, IL 60641


Dubin Holdings, Inc.
4252 N. Cicero Avenue
Chicago, IL 60641


Dubin Kantoff Investment Properties
4252 N. Cicero Avenue
Chicago, IL 60641

Dubin Properties, Inc.
4252 N. Cicero Avenue
Chicago, IL 60641


Dubin Residential Communities Corp.
4252 N. Cicero Avenue
Chicago, IL 60641


Dubin Residential Communities Corp.
4252 N Cicero Ave
Chicago, IL 60641


Eager Concrete Corp
697 Aurburn Court
Crystal Lake, IL 60014-8911


Emerald Architecture
824 S. Maine St., #103
Crystal Lake, IL 60014


Environmental Cleansing Corp
16602 S. Crawford
Markham, IL 60428


Era Valdivia Contractors, Inc.
c/o Aronberg Goldgehn Davis & Garm
330 N. Wabash Ave., Suite 1700
Chicago, IL 60611


Erin Dubin
130 Fairview
Deerfield, IL 60015


Falcon Mechanical
15850 New Ave.
Lemont, IL 60439


Fidelity National Title Ins
203 North Lasalle St., Suite 2200
Chicago, IL 60601


First Merit Bank, N.A.
P O Box 3648
Akron, OH 44309

Fisher & Partners Structural Engine
372 W. Ontario, Suite 301
Chicago, IL 60654


Footwear Factory Development Corp.
4252 N Cicero Ave
Chicago, IL 60641


Footwear Factory Development Corp.
4252 N. Cicero Avenue
Chicago, IL 60641


Ginsberg Jacobs, LLC
300 South Wacker Drive
Suite 2450
Chicago, IL 60606


Guru Naganat
4252 N Cicero Ave
Chicago, IL 60641


Hartshorne Plunkard Architecture
232 N. Carpenter
Chicago, IL 60607


Hubbard Heating
112 S. First Street
Peotone, IL 60468


J & M Fence
P.O. Box 353
Lyons, IL 60534


Jack Torcolese Landscaping
7151 Lill Court
Niles, IL 60714


K and G Cleaning, Inc.
6007 W. Belmont, Unit #4
Chicago, IL 60634


K.Reinke Jr. & Company
202 Barrington Ave.
Dundee, IL 60118

Kedmont Waterproofing
5428 N. Kedzie
Chicago, IL 60625


Kenig, Lindgren, O'Hara, Aboona
9575 W. Higgins, Suite 400
Des Plaines, IL 60018


Kleen Teem
3601 W. Devon, #3
Chicago, IL 60659


Kuggel Investments Corp
4252 N. Cicero Avenue
Chicago, IL 60641


LCT Design Group, LLC
401 N. Franklin, Suite 56
Chicago, IL 60610


Lena Hamilton
3963 W. Belmont Unit 118
Chicago, IL 60618


Levenfeld Pearlstein
2 N. LaSalle St.
Suite 1300
Chicago, IL 60602


Lookswell Painting Inc
15631 S. New England
Oak Forest, IL 60452


Masuda Funai Elfert & Mitchell
P.O. Box 3016
Milwaukee, WI 53201


Matthew Walaszek
1403 N. Wicker Park Ave., #3
Chicago, IL 60622


MB Financial Bank, N.A.
c/o Rachel L. Broyles
150 S. Wacker Dr., Suite 3150
Chicago, IL 60606

MBB Enterprises of Chicago, Inc
3352 W. Grand Ave.
Chicago, IL 60651


McGill Construction Co.
13830 S. Harrison Ave.
Blue Island, IL 60406


Medina Lawncare, Inc
3610 N. Cicero
Chicago, IL 60641


Melvin Cohen & Associates, Inc
Melvin Cohen & Associates, Inc
Chicago, IL 60606


Merchants and Manufacturers Bank
801 S. Briggs St.
Joliet, IL 60433


Midwest bank and Trust Co
500 West Chestnut Street
Hinsdale, IL 60521


Midwest Wrecking Co
1950 W. Hubbard St.
Chicago, IL 60622


Miller Cooper & Co.
1751 lake Cook Rd., Suite 400
Deerfield, IL 60015


Mitchell & Elizabeth Marewicz
3963 W. Belmont
Chicago, IL 60618


Modern Painting Contractors
2008 W. Warner Ave.
Chicago, IL 60618


Modular Space Corporation
c/o Levenfeld Pearlstein
2 N. LaSalle St., Suite 1300
Chicago, IL 60602

Mohammad Musheer Ahmad
3414 Harms Rd.
Joliet, IL 60435


Monroe Place Townhomes Homeowners
1228 W Monroe St
Chicago, IL 60607


Much Shelist
35335 Eagle Way
Chicago, IL 60678


Muellermist Irrigation Co
P.O. Box 6307
Broadview, IL 60155


Nairco, Inc
3120 S. Parnell
Chicago, IL 60616


National City Bank
One PNC Plaza, 249 Fifth Ave
Pittsburgh, PA 15222-2707


National Construction Rentals
P.O. Box 4503
Pacoima, CA 91333


New Homes Directory . Com
39977 Savanna Way
Murrieta, CA 92563


Nixon Peabody LLP
401 9th Street NW, Suite 900
Washington, DC 20004


Norman Mechanical
3850 Industrial Ave.
Rolling Meadows, IL 60008


Novogradac & Company LLC
P.O. Box 7833, 5th Floor
San Francisco, CA 94120

Paige Personnel Services
75 Remittance Drive  Suite 1499
Chicago, IL 60675


Paulina Wieslaw
7064 W Higgins Ave
Mount Prospect, IL 60056


Peak Services, LLC
P.O Box 428
Saint John, IN 46373


Peerless Rug Company
3033 N. Lincoln Ave.
Chicago, IL 60657


People Energy
2934 W. Lake St.
Chicago, IL 60612


Pioneer Environmental
700 N. Sacramento Blvd., Suite 100
Chicago, IL 60612


Pitney Bowes
2225 American Drive
Neenah, WI 54956


PNC Bank, N.A.
c/o Reed Smith, LLP
10 S. Wacker Dr., Suite 4000
Chicago, IL 60606


Prestress Engineering Corp.
2220 Rt. 176
Crystal Lake, IL 60012


Residential Construction Empl
3041 Wood Creek Drive
Suite 101
Downers Grove, IL 60515


Reyes & Bonoma
1 N. LaSalle, Suite 4500
Chicago, IL 60602

Rich Clarey
3963 W. Belmont Ave.
Parking Space P-2
Chicago, IL 60618


Roy Storm Refuse Removal, Inc
P.O. Box 428
1201 Greenwood Ave
Maywood, IL 60153


Salinas Landscaping
3635 N. Sacramento
Chicago, IL 60618


Service Drywall & Decorating
47 N. Irving Park Rd.
Roselle, IL 60172


Shoemaker Lofts Condo Assn
P.O. Box 118086
Chicago, IL 60611


Shoemaker Office Investments LLC
4252 N Cicero Ave
Chicago, IL 60641


Shoemaker Office Investments, LLC
4252 N. Cicero Avenue
Chicago, IL 60641


Softer Lite Window
5800 N. Northwest Highway
Chicago, IL 60631


Stevens & Tate, Inc
1900 South Highland Ave., Suite 200
Lombard, IL 60148


Stuart Kantoff
c/o Butler, Rubin, Saltarelli, Boyd
70 W. Madison St., Suite 1800
Chicago, IL 60602

Suarez Roofing, Inc
4649 W. Fullerton Ave.
Chicago, IL 60639

Tampa Investments LLC
4252 N Cicero Ave
Chicago, IL 60641

Tampa Investments, LLC
4252 N. Cicero Avenue
Chicago, IL 60641

Telion Contracting Corp
2851 W. Diversey
Chicago, IL 60647

Tercon Builders, Inc.
5081 N. Elston Ave.
Chicago, IL 60630

The Blueprint Shoppe
5130 N. Elston
Chicago, IL 60630

The Condominium At Monroe Place
1228 W Monroe St
Chicago, IL 60607

The Engineering studio Inc
2604 Dempster
Suite 204
Park Ridge, IL 60068

The Wabash Club Townhome Homeowners
22 East Cullerton Street #1
Chicago, IL 60616

Thompson Coburn LLP
P.O. Box 18379M
Saint Louis, MO 63195

Three Twins, Inc
2261 N. Clybourn
Chicago, IL 60614

Tri-County Connections Inc
445 Connie Circle Drive
Lake Geneva, WI 53147


Ulmer & Berne LLP
P.O. Box
Cincinnati, OH 45271


Unimax
P.O. Box 31815
Chicago, IL 60631


US Bank - Credit Card
P O BOX 790408
Saint Louis, MO 63179


UST
P O BOX 970
La Verne, CA 91750-0970


Waste Management
P.O. Box 4648
Carol Stream, IL 60197


Weldtec Iron Works, Inc
500 Park Place, #205
Lake Villa, IL 60046


Weston Solutions, Inc
P.O. Box 538253
Atlanta, GA 30353


Whirlpool Corporation
P.O. Box 88129
Chicago, IL 60695


Williams Stoker & Heating Co
1823 W. Belmont Ave.
Chicago, IL 60657