**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-29157-ABG |
| | § | |
| DAVID J DUBIN | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/22/2013. The undersigned trustee was appointed on 09/12/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $1,405,683.28

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $155,950.48 |
   | Bank service fees | $0.00 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $1,249,732.80 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/24/2014 and the deadline for filing government claims was 07/24/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $65,420.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $65,420.50, for a total compensation of $65,420.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/27/2016    By:   /s/ Gus A. Paloian
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit A

| Case No.: | 13-29157-ABG | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | DUBIN, DAVID J | Date Filed (f) or Converted (c): | 07/22/2013 (f) |
| For the Period Ending: | 5/27/2016 | §341(a) Meeting Date: | 10/29/2013 |
| | | Claims Bar Date: | 07/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Cash on hand (approx.) | $200.00 | $0.00 | | $0.00 | FA |
| 2  Fidelity Investments College Education account ending 5084 for Daniel Dubin (for informational purposes only) (approx.) | $75,967.36 | $75,967.36 | | $80,812.66 | FA |
| 3  Fidelity Investments College Education account ending 5114 for Jacob Dubin (for informational purposes only) (approx.) | $91,472.31 | $91,472.31 | | $97,346.68 | FA |
| 4  American Funds College Savings Plans account ending 5084 for Michelle Dubin (for informational purposes only) (approx.) | $162,466.00 | $162,466.00 | | $206,256.27 | FA |
| 5  Fidelity Investments College Education account ending 5092 for Michelle Dubin (for informational purposes only) (approx.) | $129,788.33 | $129,788.33 | | $138,123.36 | FA |
| 6  JP Morgan Bank, N.A. checking account ending 1101 (approx.) | $0.00 | $0.00 | | $0.00 | FA |
| 7  North Community Bank ending 0966 (approx.) | $0.00 | $0.00 | | $0.00 | FA |
| 8  Northwest Community Bank ending 4371 (approx.) (1/2 interest) | $1,983.00 | $0.00 | | $0.00 | FA |
| 9  Inland Bank Prime Traditional Checking Account ending 6264 (approx.) | $0.00 | $0.00 | | $0.00 | FA |
| 10  Northwest Community Bank checking account ending 3011 (approx.) | $0.00 | $0.00 | | $0.00 | FA |
| 11  Inland Bank Savings account ending 5664 (approx.) (1/2 interest) | $237.62 | $0.00 | | $0.00 | FA |
| 12  American Funds College Savings Plans account ending 5143 for Daniel Dubin (for informational purposes only) (approx.) | $162,466.00 | $162,466.00 | | $206,256.27 | FA |
| 13  American Funds College Savings Plans account ending 5153 for Jacob Dubin (for informational purposes only) (approx.) | $162,466.00 | $162,466.00 | | $206,256.32 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 13-29157-ABG | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | DUBIN, DAVID J | Date Filed (f) or Converted (c): | 07/22/2013 (f) |
| For the Period Ending: | 5/27/2016 | §341(a) Meeting Date: | 10/29/2013 |
| | | Claims Bar Date: | 07/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14 Miscellaneous household goods (approx.) (value is less than $2,000.00) | $2,000.00 | $1,000.00 | | $0.00 | FA |
| 15 Necessary wearing apparel (approx.) | $2,000.00 | $1,000.00 | | $0.00 | FA |
| 16 Ring and watch (approx.) | $500.00 | $500.00 | | $0.00 | FA |
| 17 Alliance 401(k) Savings Plan (approx.) | $356,156.97 | $0.00 | | $0.00 | FA |
| 18 Fidelity Investment account ending 1658 (approx.) | $90,061.77 | $0.00 | | $0.00 | FA |
| 19 18 South Aberdeen Corp. (sole shareholder) | Unknown | $0.00 | | $0.00 | FA |
| 20 4401 West Lawrence, L.L.C. (sole member) | $0.00 | $0.00 | | $0.00 | FA |
| 21 4500 West Belmont Development Corp. (sole shareholder) | $0.00 | $0.00 | | $0.00 | FA |
| 22 4745 North Elston, L.L.C. (sole member) | $0.00 | $0.00 | | $0.00 | FA |
| 23 Dubin Residential Communities Corp. (sole shareholder) | $0.00 | $0.00 | | $0.00 | FA |
| 24 Greenleaf Rentals, L.L.C.(1373 Green Leaf ) (sole member) | $0.00 | $0.00 | | $0.00 | FA |
| 25 Tampa Investments L.L.C. (sole member) | $0.00 | $0.00 | | $0.00 | FA |
| 26 Shoemaker Office Management, LLC (Sole Member) | $0.00 | $0.00 | | $0.00 | FA |
| 27 Dubin Consulting, Inc. (sole shareholder) | $0.00 | $0.00 | | $0.00 | FA |
| 28 For informational purposes: see Statement of Financial Affairs for entities owned by David Dubin Revocable Trust | $0.00 | $0.00 | | $0.00 | FA |
| 29 Promissory Note of Guru Naganat (approx.) | $123,584.35 | $123,584.35 | | $4,529.01 | FA |
| 30 Debts due from Affiliates listed in Exhibit B-18 | Unknown | $0.00 | | $0.00 | FA |
| 31 David Dubin Revocable Trust | $0.00 | $0.00 | | $0.00 | FA |
| 32 Claims against Levenfeld Pearlstein, et al. | Unknown | $0.00 | | $0.00 | FA |
| 33 Claims against PNC Bank | Unknown | $0.00 | | $0.00 | FA |
| 34 Claim against Ulmer and Berne | Unknown | $0.00 | | $0.00 | FA |
| 35 Claim against FirstMerit Bank National Association | Unknown | $0.00 | | $0.00 | FA |
| 36 Claim against Reed Smith LLP | $0.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit A

| Case No.: | 13-29157-ABG | Trustee Name: | Gus A. Paloian |
| Case Name: | DUBIN, DAVID J | Date Filed (f) or Converted (c): | 07/22/2013 (f) |
| For the Period Ending: | 5/27/2016 | §341(a) Meeting Date: | 10/29/2013 |
| | | Claims Bar Date: | 07/24/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 37 | 2008 Acura TL (1/2 interest) (approx.) | $15,000.00 | $10,634.00 | | $0.00 | FA |
| 38 | Fraudulent Transfer Recoveries Settlement (u) | $0.00 | $464,948.44 | | $464,948.44 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $1,154.27 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$1,376,349.71     $1,386,292.79     $1,405,683.28     $0.00

**Major Activities affecting case closing:**

The Trustee negotiated settlement with Dubin Family Members in connection with 529 Plan funds. Claims have been reviewed and resolved. Final tax returns will be filed in August, 2015. The Trustee estimates closing the case by 9/30/15.

**Initial Projected Date Of Final Report (TFR):**   12/31/2015   **Current Projected Date Of Final Report (TFR):**   /s/ GUS A. PALOIAN

GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-29157-ABG | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | DUBIN, DAVID J | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***9001 | Checking Acct #: | ******0274 |
| Co-Debtor Taxpayer ID #: | | Account Title: | David J. Dubin |
| For Period Beginning: | 7/22/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/27/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2014 | (29) | Weissberg and Associates, Ltd. | PAYMENTS DEPOSITED INTO CLIENT TRUST FUND ACCOUNT FROM NAGANATHAN GURU REV. TRUST | 1121-000 | $4,529.01 | | $4,529.01 |
| 11/20/2015 | | Transfer From: #******0337 | TRANSFER FUNDS FOR PAYMENT OF ESTATE TAXES TO IRS AND IDOR | 9999-000 | $155,000.00 | | $159,529.01 |
| 11/20/2015 | 1001 | ILLINOIS DEPT. OF REVENUE | 2015 TAX RETURN - 1041-V | 2820-000 | | $12,233.00 | $147,296.01 |
| 11/20/2015 | 1002 | UNITED STATES TREASURY | 2015 ESTATE TAX - 1041-V | 2810-000 | | $143,209.00 | $4,087.01 |
| 02/22/2016 | 1003 | ARTHUR B. LEVINE CO. | Bond Payment | 2300-000 | | $508.48 | $3,578.53 |
| | | | **TOTALS:** | | $159,529.01 | $155,950.48 | $3,578.53 |
| | | | Less: Bank transfers/CDs | | $155,000.00 | $0.00 | |
| | | | Subtotal | | $4,529.01 | $155,950.48 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $4,529.01 | $155,950.48 | |

| For the period of 7/22/2013 to 5/27/2016 | | For the entire history of the account between 07/22/2014 to 5/27/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,529.01 | Total Compensable Receipts: | $4,529.01 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,529.01 | Total Comp/Non Comp Receipts: | $4,529.01 |
| Total Internal/Transfer Receipts: | $155,000.00 | Total Internal/Transfer Receipts: | $155,000.00 |
| | | | |
| Total Compensable Disbursements: | $155,950.48 | Total Compensable Disbursements: | $155,950.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $155,950.48 | Total Comp/Non Comp Disbursements: | $155,950.48 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 13-29157-ABG | **Trustee Name:** | Gus A. Paloian |
|---|---|---|---|
| **Case Name:** | DUBIN, DAVID J | **Bank Name:** | East West Bank |
| **Primary Taxpayer ID #:** | **-***9001 | **Money Market Acct #:** | ******0337 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DAVID J. DUBIN MONEY MARKET |
| **For Period Beginning:** | 7/22/2013 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/27/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/01/2015 | (5) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL SERVICES LLC | 1129-000 | $138,123.36 | | $138,123.36 |
| 04/01/2015 | (2) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL SERVICES LLC | 1129-000 | $80,812.66 | | $218,936.02 |
| 04/01/2015 | (5) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL SERVICES LLC | 1129-000 | $97,346.68 | | $316,282.70 |
| 04/01/2015 | (13) | WELLS FARGO BANK SF | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH AMERICAN FUNDS SERVICE | 1129-000 | $206,256.32 | | $522,539.02 |
| 04/01/2015 | (12) | WELLS FARGO SF | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH AMERICAN FUNDS SERVICE | 1129-000 | $206,256.27 | | $728,795.29 |
| 04/01/2015 | (4) | WELLS FARGO SF | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH AMERICAN FUNDS SERVICE | 1129-000 | $206,256.27 | | $935,051.56 |
| 04/01/2015 | (5) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL SERVICES LLC | 1129-000 | ($97,346.68) | | $837,704.88 |
| 04/01/2015 | (3) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL FINANCIAL SERVICES | 1129-000 | $97,346.68 | | $935,051.56 |
| 04/01/2015 | (2) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL SERVICES LLC | 1129-000 | ($80,812.66) | | $854,238.90 |
| 04/01/2015 | (2) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL FINANCIAL SERVICES | 1129-000 | $80,812.66 | | $935,051.56 |
| 04/01/2015 | (13) | WELLS FARGO BANK SF | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH AMERICAN FUNDS SERVICE | 1129-000 | ($206,256.32) | | $728,795.24 |
| 04/01/2015 | (13) | WELLS FARGO SF | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH AMERICAN FUNDS SERVICE | 1129-000 | $206,256.32 | | $935,051.56 |
| 04/01/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $10.00 | $935,041.56 |
| 04/01/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $10.00 | $935,031.56 |
| 04/01/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $10.00 | $935,021.56 |

**SUBTOTALS** $935,051.56  $30.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-29157-ABG | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | DUBIN, DAVID J | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***9001 | Money Market Acct #: | ******0337 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DAVID J. DUBIN MONEY MARKET |
| For Period Beginning: | 7/22/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/27/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/01/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $10.00 | $935,011.56 |
| 04/01/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $10.00 | $935,001.56 |
| 04/01/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $10.00 | $934,991.56 |
| 04/02/2015 | (38) | WEISSBERG & ASSOCIATES LTD | REMAINDER OF SETTLEMENT FUNDS PURSUANT TO COURT ORDER DATED 3/30/15 (529 ACCOUNTS) | 1229-000 | $464,498.44 | | $1,399,490.00 |
| 04/02/2015 | (38) | WEISSBERG AND ASSOCIATES, LTD. | REMAINDER OF SETTLEMENT FUNDS PURSUANT TO COURT ORDER DATED 3/30/15 (529 ACCOUNTS) | 1229-000 | $450.00 | | $1,399,940.00 |
| 04/30/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $86.96 | | $1,400,026.96 |
| 05/04/2015 | | East West Bank | Bank Service Fee Reversal | 2600-000 | | ($60.00) | $1,400,086.96 |
| 05/29/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $95.14 | | $1,400,182.10 |
| 06/30/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $92.07 | | $1,400,274.17 |
| 07/31/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $95.14 | | $1,400,369.31 |
| 08/31/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $95.15 | | $1,400,464.46 |
| 09/30/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $92.09 | | $1,400,556.55 |
| 10/30/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $95.17 | | $1,400,651.72 |
| 11/20/2015 | | Transfer To: #******0274 | TRANSFER FUNDS FOR PAYMENT OF ESTATE TAXES TO IRS AND IDOR | 9999-000 | | $155,000.00 | $1,245,651.72 |
| 11/30/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $88.36 | | $1,245,740.08 |
| 12/31/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $84.65 | | $1,245,824.73 |
| 01/29/2016 | (INT) | East West Bank | Interest Credit | 1270-000 | $84.42 | | $1,245,909.15 |
| 02/29/2016 | (INT) | East West Bank | Interest Credit | 1270-000 | $78.98 | | $1,245,988.13 |
| 03/31/2016 | (INT) | East West Bank | Interest Credit | 1270-000 | $84.43 | | $1,246,072.56 |
| 04/29/2016 | (INT) | East West Bank | Interest Credit | 1270-000 | $81.71 | | $1,246,154.27 |
| | | | | **SUBTOTALS** | $466,102.71 | $154,970.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-29157-ABG | |
| **Case Name:** | DUBIN, DAVID J | |
| **Primary Taxpayer ID #:** | **-***9001 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/22/2013 | |
| **For Period Ending:** | 5/27/2016 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Money Market Acct #:** | ******0337 |
| **Account Title:** | DAVID J. DUBIN MONEY MARKET |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $1,401,154.27 | $155,000.00 | $1,246,154.27 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $155,000.00 | |
| | | | **Subtotal** | | $1,401,154.27 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,401,154.27 | $0.00 | |

| For the period of 7/22/2013 to 5/27/2016 | | For the entire history of the account between 03/25/2015 to 5/27/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,401,154.27 | Total Compensable Receipts: | $1,401,154.27 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,401,154.27 | Total Comp/Non Comp Receipts: | $1,401,154.27 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $155,000.00 | Total Internal/Transfer Disbursements: | $155,000.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-29157-ABG | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | DUBIN, DAVID J | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***9001 | Money Market Acct #: | ******0337 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DAVID J. DUBIN MONEY MARKET |
| For Period Beginning: | 7/22/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/27/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $1,405,683.28 | $155,950.48 | $1,249,732.80 |

| For the period of 7/22/2013 to 5/27/2016 | | For the entire history of the case between 07/22/2013 to 5/27/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,405,683.28 | Total Compensable Receipts: | $1,405,683.28 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,405,683.28 | Total Comp/Non Comp Receipts: | $1,405,683.28 |
| Total Internal/Transfer Receipts: | $155,000.00 | Total Internal/Transfer Receipts: | $155,000.00 |
| | | | |
| Total Compensable Disbursements: | $155,950.48 | Total Compensable Disbursements: | $155,950.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $155,950.48 | Total Comp/Non Comp Disbursements: | $155,950.48 |
| Total Internal/Transfer Disbursements: | $155,000.00 | Total Internal/Transfer Disbursements: | $155,000.00 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN

| Case No.: | 13-29157-ABG | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|
| Case Name: | DUBIN, DAVID J | | | Date: | 5/27/2016 |
| Claims Bar Date: | 07/24/2014 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN 131 S. Dearborn Street Suite 2400 Chicago IL 60603 | 03/28/2016 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $65,420.50 | $65,420.50 | $0.00 | $0.00 | $0.00 | $65,420.50 |
| ACCT | POPOWCER KATTEN, LTD. 35 E. WACKER DR., SUITE 1550 CHICAGO IL 60601 | 03/28/2016 | Accountant for Trustee Fees (Other firm) | Allowed | 3410-000 | $0.00 | $1,787.00 | $1,787.00 | $0.00 | $0.00 | $0.00 | $1,787.00 |
| ATTY E | SEYFARTH SHAW LLP | 04/13/2016 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $1,640.65 | $1,640.65 | $0.00 | $0.00 | $0.00 | $1,640.65 |
| ADMIN | PNC BANK, N.A. | 06/12/2014 | Other Chapter 7 Administrative Expenses | Allowed | 2990-000 | $0.00 | $199,144.67 | $199,144.67 | $0.00 | $0.00 | $0.00 | $199,144.67 |
| Claim Notes: | PURSUANT TO COURT ORDER ENTERED 6/12/14 (DKT. NO. 121) - ADMINISTRATIVE EXPENSE CLAIM | | | | | | | | | | | |
| ATTY F | SEYFARTH SHAW LLP | 11/23/2015 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $52,410.90 | $52,410.90 | $0.00 | $0.00 | $0.00 | $52,410.90 |
| 1 | PNC BANK, N.A. c/o Reed Smith, LLP 10 S. Wacker Dr., Suite 4000 Chicago IL 60606 | 09/10/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,119,440.23 | $4,119,440.23 | $0.00 | $0.00 | $0.00 | $4,119,440.23 |
| 2 | PNC BANK, N.A. c/o Reed Smith, LLP 10 S. Wacker Dr., Suite 4000 Chicago IL 60606 | 09/10/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,868,116.26 | $6,868,116.26 | $0.00 | $0.00 | $0.00 | $6,868,116.26 |
| 3 | FIRSTMERIT BANK, N.A. Attn Tom Maxwell and Judy Totosz 501 W. North Avenue Melrose Park IL 60160 | 09/10/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,423,200.12 | $2,423,200.12 | $0.00 | $0.00 | $0.00 | $2,423,200.12 |

| Case No.: | 13-29157-ABG | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|
| Case Name: | DUBIN, DAVID J | | | Date: | 5/27/2016 |
| Claims Bar Date: | 07/24/2014 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | ERA VALDIVIA CONTRACTORS, INC.<br>William J. Serritella, Jr.<br>330 N. Wabash Ave., Suite 1700<br>Chicago IL 60611 | 10/01/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $207,923.53 | $207,923.53 | $0.00 | $0.00 | $0.00 | $207,923.53 |
| **Claim Notes:** | (4-1) Judgment entered against debtor on 6/2/11 | | | | | | | | | | | |
| 5 | MB FINANCIAL BANK, N.A.<br>c/o Robert W. Glantz<br>Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark St., Ste. 800<br>Chicago IL 60654 | 12/20/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $27,629.18 | $27,629.18 | $0.00 | $0.00 | $0.00 | $27,629.18 |
| **Claim Notes:** | Claim amended (reduced) on 8/27/15 | | | | | | | | | | | |
| 6 | DASPIN & AUMENT, LLP<br>Bridget O'Keefe<br>227 W. Monroe, Suite 3500<br>Chicago IL 60606 | 07/18/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,897.00 | $9,897.00 | $0.00 | $0.00 | $0.00 | $9,897.00 |
| **Claim Notes:** | (6-1) Payment for legal services performed | | | | | | | | | | | |
| 7 | JACOB DUBIN<br>130 Fairview Avenue<br>Deerfield IL 60015 | 07/21/2014 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $291,565.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (7-1) 529 Accounts<br><br>DKT. 173 - CLAIM WITHDRAWAL | | | | | | | | | | | |
| 8 | DANIEL M. DUBIN<br>130 Fairview Avenue<br>Deerfield IL 60015 | 07/21/2014 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $275,266.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (8-1) 529 Accounts<br><br>DKT. 164 - CLAIM WITHDRAWAL | | | | | | | | | | | |

| Case No.: | 13-29157-ABG | | | Trustee Name: | Gus A. Paloian |
| Case Name: | DUBIN, DAVID J | | | Date: | 5/27/2016 |
| Claims Bar Date: | 07/24/2014 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | MICHELLE DUBIN<br><br>130 Fairview Avenue<br>Deerfield IL 60015 | 07/21/2014 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $331,762.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (9-1) 529 Account

DKT. NO 165 - CLAIM WITHDRAWAL

| 10 | DUBIN FAMILY HOLDINGS, LLC<br>130 Fairview Avenue<br>Deerfield IL 60015 | 07/22/2014 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $3,560,695.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (10-1) Loans to David Dubin and Guaranties

DKT. NO 166 - CLAIM WITHDRAWAL

| 11 | D CUBED HOLDINGS, LLC<br>130 Fairview Avenue<br>Deerfield IL 60015 | 07/22/2014 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $2,657,351.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (11-1) Loans to David Dubin and Guaranties

DKT. NO 167 - CLAIM WITHDRAWAL

| 12 | PRESTRESS ENGINEERING CORPORATION<br>c/o Emalfarb, Swan & Bain<br>440 Central Ave.<br>Highland Park IL 60035 | 07/22/2014 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $171,249.16 | $171,249.16 | $0.00 | $0.00 | $0.00 | $171,249.16 |

**Claim Notes:**   (12-1) Personal Guaranty on Promissory Note

Claimant agrees to reduce claim by $6,676.09 to $171,249.16.  Claim amended by claimant.

| Case No.: | 13-29157-ABG | | | | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | DUBIN, DAVID J | | | | | | | | Date: | 5/27/2016 |
| Claims Bar Date: | 07/24/2014 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | CITIBANK NMTC CORPORATION<br>Timothy Casey,<br>Drinker Biddle & Reath LLP<br>191 North Wacker Drive, Suite 3700<br>Chicago IL 60606 | 07/23/2014 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $11,299,533.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** DKT. NO 161 - CLAIM WITHDRAWAL

| 16 | CITICORP USA, INC.<br>c/o Timothy Case, Drinker Biddle & Reath LLP<br>191 North Wacker Drive, Suite 3700<br>Chicago IL 60606 | 07/23/2014 | General Unsecured 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $5,265,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** DKT. NO 162 - CLAIM WITHDRAWAL

| 13 | 2358 CAPITAL PARTNERS, LLC<br>130 Fairview Avenue<br>Deerfield IL 60015 | 07/23/2014 | SECURED CLAIMS | Withdrawn | 4110-000 | $0.00 | $1,436,475.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (13-1) Secured claim

DKT. NO 168 - CLAIM WITHDRAWAL

| 14 | 3670-3720 CAPITAL PARTNERS, LLC<br>130 Fairview Avenue<br>Deerfield IL 60015 | 07/23/2014 | SECURED CLAIMS | Withdrawn | 4110-000 | $0.00 | $7,401,419.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** (14-1) Secured claim

DKT. NO 169 - CLAIM WITHDRAWAL

CLAIM ANALYSIS REPORT

Page No: 5     Exhibit C

| Case No. | 13-29157-ABG | | | | | | | Trustee Name: | Gus A. Paloian | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DUBIN, DAVID J | | | | | | | Date: | 5/27/2016 | | |
| Claims Bar Date: | 07/24/2014 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | NAGANATHAN GURU REVOCABLE TRUST<br>1354 Laurel Avenue<br>Deerfield IL 60015 | 07/24/2014 | SECURED CLAIMS | Withdrawn | 4110-000 | $0.00 | $390,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**     (17-1) Claims Pursuant to the Terms of an Employment Contract and Promissory

DKT. NO 170 - CLAIM WITHDRAWAL

| 18 | NAGANATHAN GURU<br>1354 Laurel Avenue<br>Deerfield IL 60061 | 07/24/2014 | SECURED CLAIMS | Withdrawn | 4110-000 | $0.00 | $390,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**     (18-1) Claims Pursuant to the Terms of an Employment Contract and Promissory Note

DKT. NO 171 - CLAIM WITHDRAWAL

| | | | | | | $47,446,927.34 | $14,147,859.20 | $0.00 | $0.00 | $0.00 | | 14,147,859.20 |

CLAIM ANALYSIS REPORT

| Case No. | 13-29157-ABG | Trustee Name: | Gus A. Paloian |
| Case Name: | DUBIN, DAVID J | Date: | 5/27/2016 |
| Claims Bar Date: | 07/24/2014 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other firm) | $1,787.00 | $1,787.00 | $0.00 | $0.00 | $0.00 | $1,787.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $1,640.65 | $1,640.65 | $0.00 | $0.00 | $0.00 | $1,640.65 |
| Attorney for Trustee Fees (Trustee Firm) | $52,410.90 | $52,410.90 | $0.00 | $0.00 | $0.00 | $52,410.90 |
| General Unsecured 726(a)(2) | $37,508,629.62 | $13,827,455.48 | $0.00 | $0.00 | $0.00 | $13,827,455.48 |
| Other Chapter 7 Administrative Expenses | $199,144.67 | $199,144.67 | $0.00 | $0.00 | $0.00 | $199,144.67 |
| SECURED CLAIMS | $9,617,894.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $65,420.50 | $65,420.50 | $0.00 | $0.00 | $0.00 | $65,420.50 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       13-29157-ABG
Case Name:      DAVID J DUBIN
Trustee Name:   Gus A. Paloian

| | |
|---|---:|
| Balance on hand: | $1,249,732.80 |

Claims of secured creditors will be paid as follows:

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $1,249,732.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Gus A. Paloian, Trustee Fees | $65,420.50 | $0.00 | $65,420.50 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $52,410.90 | $0.00 | $52,410.90 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $1,640.65 | $0.00 | $1,640.65 |
| POPOWCER KATTEN, LTD., Accountant for Trustee Fees | $1,787.00 | $0.00 | $1,787.00 |
| Other: PNC BANK, N.A., Other Chapter 7 Administrative Expenses | $199,144.67 | $0.00 | $199,144.67 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $320,403.72 |
| Remaining balance: | $929,329.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $929,329.08 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|                 | Total to be paid to priority claims: | $0.00       |
|-----------------|--------------------------------------|-------------|
|                 | Remaining balance:                   | $929,329.08 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $13,827,455.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PNC Bank, N.A. | $4,119,440.23 | $0.00 | $276,863.35 |
| 2 | PNC Bank, N.A. | $6,868,116.26 | $0.00 | $461,599.03 |
| 3 | FirstMerit Bank, N.A. | $2,423,200.12 | $0.00 | $162,860.79 |
| 4 | Era Valdivia Contractors, Inc. | $207,923.53 | $0.00 | $13,974.33 |
| 5 | MB Financial Bank, N.A. | $27,629.18 | $0.00 | $1,856.93 |
| 6 | Daspin & Aument, LLP | $9,897.00 | $0.00 | $665.17 |
| 12 | Prestress Engineering Corporation | $171,249.16 | $0.00 | $11,509.48 |

|  | Total to be paid to timely general unsecured claims: | $929,329.08 |
|--|--|--|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|--|--|--|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**