**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 13-29157 |
| | ) | Chapter 7 |
| DAVID J. DUBIN | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | ) | |
| | ) | Hearing Date: June 27, 2016 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

**COVER SHEET FOR FIRST AND FINAL APPLICATION OF
POPOWCER KATTEN, LTD, FOR COMPENSATION
AS ACCOUNTANTS FOR THE ESTATE**

Name of Applicant:                     Popowcer Katten, Ltd., Accountants

Authorized to Provide
Professional Services to:              The Estate

Date of Order Authorizing
Employment:                            June 24, 2015

Period for which Compensation
and Reimbursement is Sought:           June 24, 2015 through October 30, 2015

Amount of Final Fees Sought:           $1,787.00

Amount of Final Expense
Reimbursement Sought:                  $     0.00

This is an:   X   Final         Interim Application.

Prior Applications          Date Filed    Amount Requested    Amount Awarded

None

Dated: June 2, 2016                    Respectfully submitted,

                                       Popowcer Katten, Ltd., Accountants


                                       By:  /s/ Lois West
                                            Lois West, CPA

26983140v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 13-29157 |
| ) | Chapter 7 |
| DAVID J. DUBIN ) | |
| ) | Hon. A. Benjamin Goldgar |
| Debtor. ) | |
| ) | Hearing Date:  June 27, 2016 |
| ) | Hearing Time:  10:00 a.m. |
| ) | |

**FIRST AND FINAL APPLICATION OF POPOWCER KATTEN, LTD. FOR
ALLOWANCE OF COMPENSATION AS ACCOUNTANTS FOR THE ESTATE**

Popowcer Katten, Ltd. ("Popowcer"), tax accountants for the Bankruptcy Estate of David J. Dubin (the "Estate") respectfully presents its First and Final Application for the Allowance of Compensation (the "Application") for services rendered and to be rendered as accountants on behalf of Gus A. Paloian, not individually but solely as the Chapter 7 Trustee ("Trustee") for the period June 24, 2015 through October 30, 2015 (the "Application Period").  In support of this Application, Popowcer states as follows:

**FACTUAL AND PROCEDURAL BACKGROUND**

1. On July 22, 2013 (the "Petition Date"), the Debtor filed a petition for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq., as amended (the "Bankruptcy Code"), thereby commencing the above-captioned case.

2. The U.S. Trustee appointed Ilene F. Goldstein as the interim Chapter 7 Trustee.

3. The U.S. Trustee scheduled the Bankruptcy Code section 341 meeting of creditors ("Meeting of Creditors") for August 29, 2013.  By agreement with the Debtor and creditors in the case, Ilene F. Goldstein continued the Meeting of Creditors to September 10, 2013.

4. At the continued Meeting of Creditors on September 10, 2013, creditors voted to elect Gus A. Paloian as Trustee.

5. On September 12, 2013, the United States Trustee's Office filed a Report of Undisputed Election with the Court [Dkt. No. 30].

6. On November 8, 2013, the Court entered its Order Authorizing Chapter 7 Trustee's Application To Employ James Sowka As His Counsel, Retroactively [Dkt. No. 47].

7. On November 8, 2013, the Bankruptcy Court entered an order moving all further proceedings in the Case from Lake County to Chicago [Dkt. No. 61].

8. By its Order of June 24, 2015, this Court authorized the Trustee to employ Popowcer as accountants for the Estate. A copy of the June 24, 2015 order is attached hereto as **Exhibit 1**.

## EXTENT AND NATURE OF SERVICES RENDERED

9. Popowcer has advised the Trustee as to the Estate tax matters and performed accounting services relating to the preparation of federal and state fiduciary income tax returns for the Estate for the final tax year 2015. Additionally, Popowcer prepared letters to the Internal Revenue Service (the "IRS") and the Illinois Department of Revenue (the "IDOR") in accordance with section 505(b).

10. In this Application, Popowcer seeks the allowance of $1,787.00 in final compensation for necessary services rendered. A copy of Popowcer's invoice identifying the services provided is attached hereto as **Exhibit 2**.

## PRIOR COMPENSATION

11. This is the first and final application that Popowcer will file in the case.

12. Popowcer has not previously received payment of any compensation for services rendered in connection with this case. Popowcer has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer.

## STATUS OF CASE

13. The Trustee has completed his administration of this case. The Trustee's final report has been filed simultaneously herewith.

## RELIEF REQUESTED

WHEREFORE, Popowcer requests the entry of an Order:

A. Allowing Popowcer final compensation in the amount of $1,787.00;

B. Authorizing the Trustee to pay Popowcer the amount of $1,787.00 in compensation, as part of Trustee's final distribution in this case from the funds on hand in the Estate; and

C. Granting such other and further relief as this Court deems proper.

Dated:  June 2, 2016                Respectfully submitted,

                                    Popowcer Katten, Ltd., Accountants


                                    By:  /s/ Lois West
                                            Lois West, CPA