## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 13-29157 |
| | ) | Chapter 7 |
| DAVID J. DUBIN | ) | |
| | ) | Hon. A. Benjamin Goldgar |
| Debtor. | ) | |
| | ) | Hearing Date: June 27, 2016 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | |

### CERTIFICATE OF SERVICE

The undersigned non-attorney hereby certifies that on June 3, 2016, she caused to be served a true and correct copy of each of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** via (i) the Court's CMECF electronic noticing system, upon all registered participants in this proceeding, so identified on the attached Service List; and (ii) First Class, U.S. Mail, postage prepaid, upon each of the parties, as noted, on the attached Service List.

Dated: June 3, 2016

_____
Jennifer M. McManus

Subscribed and sworn to be before me
this 3rd day of June, 2016

_____
Notary Public

JENNIFER B WOODS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 17, 2019

27329809v.1

## DAVID J. DUBIN
## SERVICE LIST

### VIA ELECTRONIC CM/ECF

| | |
|---|---|
| Patrick S. Layng | Ronald Barliant    ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com |
| Timothy R. Casey | timothy.casey@dbr.com |
| Denise A. Delaurent | USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov |
| Zachary J. Garrett | zachary.garrett@goldbergkohn.com, kristina.bunker@goldbergkohn.com |
| Steven A. Levy | steven.levy@goldbergkohn.com, bonnie.maciejewski@goldbergkohn.com |
| Claudia Springer | connie.belknap@dish.co |
| Aaron B. Chapin | achapin@reedsmith.com |
| Jillian S. Cole | mmarzuki@agdglaw.com; jcole@agdglaw.com; wserritella@agdglaw.com; clong@agdglaw.com; etapia@agdglaw.com |
| Cindy M. Johnson | cjohnson@jnlegal.net; klindsey@jnlegal.net |
| Patrick S. Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Ariel Weissberg | ariel@weissberglaw.com; hava@weissberglaw.com; mike@weissberglaw.com; victor@weissberglaw.com; john@weissberglaw.com; ro@weissberglaw.com |
| John Robert Weiss | jrweiss@duanemorris.com |

27329809v.1

**VIA UNITED STATES MAIL**

Daspin & Aument, LLP
Bridget O'Keefe
227 W. Monroe
Suite 350
Chicago, IL 60606-5018

Tom Maxwell
Senior Vice President
FirstMerit Bank, N.A.
501 W. North Ave
Melrose Park, Illinois 60160

Era Valdivia Contractors, Inc.
William J. Serritella, Jr.
330 N. Wabash Ave, Suite 1700
Chicago, IL 60611-7765

Michelle Dubin
130 Fairview Avenue
Deerfield, IL 60015-4729

Inland Bank
c/o Scott Kraus, LLC
150 S. Wacker Drive, Ste. 2900
Chicago, IL 60606

2538 Capital Partners, LLC
130 Fairview Avenue
Deerfield, IL 60015-4729

D Cubed Holdings, LLC
130 Fairview Avenue
Deerfield, IL 60015-4729

Citibank NMTC Corporation and
Citicorp USA, Inc.
Timothy Casey
Drinker Biddle & Reath LLP
191 N. Wacker Drive
Suite 3700
Chicago, IL 60606-1615

Daniel M. Dubin
130 Fairview Avenue
Deerfield, IL 60015-4729

MB Financial Bank, N.A.
MB Financial, Inc.
c/o The Corporation Trust Incorporated
351 W. Camden Street
Baltimore, MD 21201

PNC Bank, N.A.
c/o Reed Smith, LLP
10 S. Wacker Drive
Suite 4000
Chicago, IL 60606-7506

VNA Health Care
C/O Peter K. Wilson, Jr.
2111 Plum Street, Suite 201
Aurora,, IL 60506

3670-3720 Capital Partners, LLC
130 Fairview Avenue
Deerfield, IL 60015-4729

Dubin Family Holdings, LLC
130 Fairview Avenue
Deerfield, IL 60015-4729

27329809v.1

Prestress Engineering Corporation
c/o Emalfarb, Swan & Bain
440 Central Avenue
Highland Park, IL  60035-2688

Jacob Dubin
130 Fairview Avenue
Deerfield, IL  60015-4729

Naganthan Guru
1354 Laurel Avenue
Deerfield, IL  60015-4757

Naganthan Guru Revocable Trust
1354 Laurel Avenue
Deerfield, IL  60015-4757