**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-29157-ABG |
| | § | |
| DAVID J DUBIN | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $15,100.00 | Assets Exempt: | $458,390.54 |
| Total Distributions to Claimants: | $929,413.52 | Claims Discharged Without Payment: | $66,763,435.13 |
| Total Expenses of Administration: | $476,354.20 | | |

3)      Total gross receipts of $1,405,767.72  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $1,405,767.72 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $10,449,942.00 | $9,617,894.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $476,354.20 | $476,354.20 | $476,354.20 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $53,875,290.17 | $37,508,629.62 | $13,827,455.48 | $929,413.52 |
| **Total Disbursements** | $64,325,232.17 | $47,602,877.82 | $14,303,809.68 | $1,405,767.72 |

4). This case was originally filed under chapter 7 on 07/22/2013. The case was pending for 39 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/07/2016                    By:    /s/ Gus A. Paloian
                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Promissory Note of Guru Naganat (approx.) | 1121-000 | $4,529.01 |
| American Funds College Savings Plans account ending 5084 for Michelle Dubin (for informational purposes only) (approx.) | 1129-000 | $206,256.27 |
| American Funds College Savings Plans account ending 5143 for Daniel Dubin (for informational purposes only) (approx.) | 1129-000 | $206,256.27 |
| American Funds College Savings Plans account ending 5153 for Jacob Dubin (for informational purposes only) (approx.) | 1129-000 | $206,256.32 |
| Fidelity Investments College Education account ending 5084 for Daniel Dubin (for informational purposes only) (approx.) | 1129-000 | $80,812.66 |
| Fidelity Investments College Education account ending 5092 for Michelle Dubin (for informational purposes only) (approx. | 1129-000 | $138,123.36 |
| Fidelity Investments College Education account ending 5114 for Jacob Dubin (for informational purposes only) (approx.) | 1129-000 | $97,346.68 |
| Fraudulent Transfer Recoveries Settlement | 1229-000 | $464,948.44 |
| Interest Earned | 1270-000 | $1,238.71 |
| **TOTAL GROSS RECEIPTS** | | $1,405,767.72 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | 2358 Capital Partners, LLC | 4110-000 | $0.00 | $1,436,475.00 | $0.00 | $0.00 |
| 14 | 3670-3720 Capital Partners, LLC | 4110-000 | $0.00 | $7,401,419.00 | $0.00 | $0.00 |
| 17 | Naganathan Guru Revocable Trust | 4110-000 | $0.00 | $390,000.00 | $0.00 | $0.00 |
| 18 | Naganathan Guru | 4110-000 | $0.00 | $390,000.00 | $0.00 | $0.00 |
| | 2358 Capital Partners, LLC | 4110-000 | $1,952,986.00 | $0.00 | $0.00 | $0.00 |
| | 3670-3720 Capital Partners, LLC | 4110-000 | $8,494,990.00 | $0.00 | $0.00 | $0.00 |
| | Acura Financial Services | 4110-000 | $1,966.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $10,449,942.00 | $9,617,894.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $65,420.50 | $65,420.50 | $65,420.50 |
| ARTHUR B. LEVINE CO. | 2300-000 | NA | $508.48 | $508.48 | $508.48 |
| East West Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| UNITED STATES TREASURY | 2810-000 | NA | $143,209.00 | $143,209.00 | $143,209.00 |
| ILLINOIS DEPT. OF REVENUE | 2820-000 | NA | $12,233.00 | $12,233.00 | $12,233.00 |
| PNC BANK, N.A. | 2990-000 | NA | $199,144.67 | $199,144.67 | $199,144.67 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $52,410.90 | $52,410.90 | $52,410.90 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3120-000 | NA | $1,640.65 | $1,640.65 | $1,640.65 |
| POPOWCER KATTEN, LTD., Accountant for Trustee | 3410-000 | NA | $1,787.00 | $1,787.00 | $1,787.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $476,354.20 | $476,354.20 | $476,354.20 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC Bank, N.A. | 7100-000 | $0.00 | $4,119,440.23 | $4,119,440.23 | $276,888.49 |
| 2 | PNC Bank, N.A. | 7100-000 | $0.00 | $6,868,116.26 | $6,868,116.26 | $461,640.98 |
| 3 | FirstMerit Bank, N.A. | 7100-000 | $0.00 | $2,423,200.12 | $2,423,200.12 | $162,875.59 |
| 4 | Era Valdivia Contractors, Inc. | 7100-000 | $0.00 | $207,923.53 | $207,923.53 | $13,975.60 |
| 5 | MB Financial Bank, N.A. | 7100-000 | $0.00 | $27,629.18 | $27,629.18 | $1,857.10 |
| 6 | Daspin & Aument, LLP | 7100-000 | $9,897.00 | $9,897.00 | $9,897.00 | $665.23 |
| 7 | Jacob Dubin | 7100-000 | $0.00 | $291,565.20 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Daniel M.  Dubin | 7100-000 | $0.00 | $275,266.99 | $0.00 | $0.00 |
| 9 | Michelle Dubin | 7100-000 | $0.00 | $331,762.90 | $0.00 | $0.00 |
| 10 | Dubin Family Holdings, LLC | 7100-000 | $0.00 | $3,560,695.00 | $0.00 | $0.00 |
| 11 | D Cubed Holdings, LLC | 7100-000 | $0.00 | $2,657,351.00 | $0.00 | $0.00 |
| 12 | Prestress Engineering Corporation | 7100-000 | $0.00 | $171,249.16 | $171,249.16 | $11,510.53 |
| 15 | Citibank NMTC Corporation | 7100-000 | $0.00 | $11,299,533.05 | $0.00 | $0.00 |
| 16 | Citicorp USA, Inc. | 7100-000 | $0.00 | $5,265,000.00 | $0.00 | $0.00 |
| | 2301 S Wabash Development Corp | 7100-000 | $1,297,992.00 | $0.00 | $0.00 | $0.00 |
| | 3600 South Western LLC | 7100-000 | $3,121,633.00 | $0.00 | $0.00 | $0.00 |
| | 3600 South Western Properties Corp | 7100-000 | $596,371.00 | $0.00 | $0.00 | $0.00 |
| | 3600 South Western Properties LP | 7100-000 | $232,313.00 | $0.00 | $0.00 | $0.00 |
| | 3927 W Belmont Commercial Prop | 7100-000 | $4,467.00 | $0.00 | $0.00 | $0.00 |
| | 3963 W Belmont Residential Prop LLC | 7100-000 | $1,782,954.00 | $0.00 | $0.00 | $0.00 |
| | 4401 West Lawrence LLC | 7100-000 | $1,423,393.00 | $0.00 | $0.00 | $0.00 |
| | A & B Sanchez Landscaping, Inc | 7100-000 | $5,139.80 | $0.00 | $0.00 | $0.00 |
| | A.M. Saccullo Legal, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Abbey Flooring Inc. | 7100-000 | $26,020.25 | $0.00 | $0.00 | $0.00 |
| | Acme Door, Inc | 7100-000 | $3,342.50 | $0.00 | $0.00 | $0.00 |
| | Action K-9 Security, Inc. | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| | Acura Financial Services | 7100-000 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| | Adelphia Cleaning Corp. | 7100-000 | $2,067.00 | $0.00 | $0.00 | $0.00 |
| | Adrian Byrd | 7100-000 | $180.00 | $0.00 | $0.00 | $0.00 |
| | Ag3 Advisory Services | 7100-000 | $900.00 | $0.00 | $0.00 | $0.00 |
| | Air-Rite Heating & Cooling | 7100-000 | $47,073.23 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Alert Protective Services, Inc. | 7100-000 | $174.00 | $0.00 | $0.00 | $0.00 |
| Alex Valle | 7100-000 | $170.00 | $0.00 | $0.00 | $0.00 |
| All-Types Elevators, Inc. | 7100-000 | $27,157.20 | $0.00 | $0.00 | $0.00 |
| Alliance Pension Consultants | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Express | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| American Indus Comm Cleaning | 7100-000 | $1,140.00 | $0.00 | $0.00 | $0.00 |
| Arcadia Place Townhomes | 7100-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
| Asbach & Vanselow | 7100-000 | $409,072.90 | $0.00 | $0.00 | $0.00 |
| Becker Works, Ltd | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Beverly Asphalt Paving Co | 7100-000 | $2,617.00 | $0.00 | $0.00 | $0.00 |
| Bibby Financial Services | 7100-000 | $41,369.79 | $0.00 | $0.00 | $0.00 |
| Big John's Sewer Contractors | 7100-000 | $15,808.00 | $0.00 | $0.00 | $0.00 |
| Black Box Network Services | 7100-000 | $410.00 | $0.00 | $0.00 | $0.00 |
| Brook Furniture Rental, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Canon Financial Services Inc. | 7100-000 | $2,224.66 | $0.00 | $0.00 | $0.00 |
| Carol Taxman Ltd | 7100-000 | $8,400.00 | $0.00 | $0.00 | $0.00 |
| Chase Bank - Credit Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Chicago Scaffolding | 7100-000 | $2,325.00 | $0.00 | $0.00 | $0.00 |
| Cincinnati Insurance Company | 7100-000 | $2,750,000.00 | $0.00 | $0.00 | $0.00 |
| Citibank NMTC Corporation | 7100-000 | $6,021,829.00 | $0.00 | $0.00 | $0.00 |
| City of Chicago | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cityscape Landscape | 7100-000 | $20,249.25 | $0.00 | $0.00 | $0.00 |
| Clarksville Station Condo Assn | 7100-000 | $18,750.00 | $0.00 | $0.00 | $0.00 |
| Contractors Access Equipment | 7100-000 | $1,049.00 | $0.00 | $0.00 | $0.00 |
| Cook County | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Treasurer | | | | | |
| CRF Projects LLC Series V-2 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| CT Corporation | 7100-000 | $845.00 | $0.00 | $0.00 | $0.00 |
| D & H Energy Management Co. | 7100-000 | $3,877.10 | $0.00 | $0.00 | $0.00 |
| D Cubed Holding LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Daniel Hyman | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| David A. Bonoma, Ltd. | 7100-000 | $9,052.00 | $0.00 | $0.00 | $0.00 |
| Dubin & Associates Inc | 7100-000 | $6,254,165.00 | $0.00 | $0.00 | $0.00 |
| Dubin Family Holdings, LLC | 7100-000 | $3,516,306.00 | $0.00 | $0.00 | $0.00 |
| Dubin Holdings Inc | 7100-000 | $325,382.00 | $0.00 | $0.00 | $0.00 |
| Dubin Holdings Inc | 7100-000 | $5,233,285.00 | $0.00 | $0.00 | $0.00 |
| Dubin Residential Communities Corp. | 7100-000 | $307,494.00 | $0.00 | $0.00 | $0.00 |
| Dubin Residential Communities Corp. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Eager Concrete Corp | 7100-000 | $2,445.00 | $0.00 | $0.00 | $0.00 |
| Emerald Architecture | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| Environmental Cleansing Corp | 7100-000 | $22,438.29 | $0.00 | $0.00 | $0.00 |
| Era Valdivia Contractors, Inc. | 7100-000 | $175,035.95 | $0.00 | $0.00 | $0.00 |
| Falcon Mechanical | 7100-000 | $25,121.67 | $0.00 | $0.00 | $0.00 |
| Fidelity National Title Ins | 7100-000 | $675.00 | $0.00 | $0.00 | $0.00 |
| First Merit Bank, N.A. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Fisher & Partners Structural Engine | 7100-000 | $47.19 | $0.00 | $0.00 | $0.00 |
| Footwear Factory Development Corp. | 7100-000 | $92,782.00 | $0.00 | $0.00 | $0.00 |
| Ginsberg Jacobs, LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Guru Naganat | 7100-000 | $101,750.00 | $0.00 | $0.00 | $0.00 |
| Hartshorne Plunkard | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Architecture | | | | | |
| Hubbard Heating | 7100-000 | $3,985.00 | $0.00 | $0.00 | $0.00 |
| J & M Fence | 7100-000 | $9,764.30 | $0.00 | $0.00 | $0.00 |
| Jack Torcolese Landscaping | 7100-000 | $1,110.00 | $0.00 | $0.00 | $0.00 |
| K and G Cleaning, Inc. | 7100-000 | $225.00 | $0.00 | $0.00 | $0.00 |
| K.Reinke Jr. & Company | 7100-000 | $8,773.00 | $0.00 | $0.00 | $0.00 |
| Kedmont Waterproofing | 7100-000 | $5,945.00 | $0.00 | $0.00 | $0.00 |
| Kenig, Lindgren, O'Hara, Aboona | 7100-000 | $147.10 | $0.00 | $0.00 | $0.00 |
| Kleen Teem | 7100-000 | $1,972.03 | $0.00 | $0.00 | $0.00 |
| LCT Design Group, LLC | 7100-000 | $3,862.50 | $0.00 | $0.00 | $0.00 |
| Lena Hamilton | 7100-000 | $143.00 | $0.00 | $0.00 | $0.00 |
| Levenfeld Pearlstein | 7100-000 | $133,081.33 | $0.00 | $0.00 | $0.00 |
| Lookswell Painting Inc | 7100-000 | $6,130.00 | $0.00 | $0.00 | $0.00 |
| Masuda Funai Elfert & Mitchell | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Matthew Walaszek | 7100-000 | $125.00 | $0.00 | $0.00 | $0.00 |
| MB Financial Bank, N.A. | 7100-000 | $776,782.66 | $0.00 | $0.00 | $0.00 |
| MBB Enterprises of Chicago, Inc | 7100-000 | $790.00 | $0.00 | $0.00 | $0.00 |
| McGill Construction Co. | 7100-000 | $3,505.50 | $0.00 | $0.00 | $0.00 |
| Medina Lawncare, Inc | 7100-000 | $35.00 | $0.00 | $0.00 | $0.00 |
| Melvin Cohen & Associates, Inc | 7100-000 | $525.00 | $0.00 | $0.00 | $0.00 |
| Merchants and Manufacturers Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Merchants and Manufacturers Bank | 7100-000 | $19,068.02 | $0.00 | $0.00 | $0.00 |
| Merchants and Manufacturers Bank | 7100-000 | $166,870.00 | $0.00 | $0.00 | $0.00 |
| Midwest bank and Trust Co | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Midwest Wrecking Co | 7100-000 | $4,037.50 | $0.00 | $0.00 | $0.00 |
| Miller Cooper & | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Co. | | | | | |
| Mitchell & Elizabeth Marewicz | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Modern Painting Contractors | 7100-000 | $672.00 | $0.00 | $0.00 | $0.00 |
| Modular Space Corporation | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mohammad Musheer Ahmad | 7100-000 | $3,200.00 | $0.00 | $0.00 | $0.00 |
| Monroe Place Townhomes | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Much Shelist | 7100-000 | $2,259.00 | $0.00 | $0.00 | $0.00 |
| Muellermist Irrigation Co | 7100-000 | $4,295.00 | $0.00 | $0.00 | $0.00 |
| Nairco, Inc | 7100-000 | $9,000.00 | $0.00 | $0.00 | $0.00 |
| National City Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| National Construction Rentals | 7100-000 | $387.37 | $0.00 | $0.00 | $0.00 |
| New Homes Directory . Com | 7100-000 | $734.00 | $0.00 | $0.00 | $0.00 |
| Nixon Peabody LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Norman Mechanical | 7100-000 | $301,355.00 | $0.00 | $0.00 | $0.00 |
| Novogradac & Company LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Paige Personnel Services | 7100-000 | $687.05 | $0.00 | $0.00 | $0.00 |
| Paulina Wieslaw | 7100-000 | $35.66 | $0.00 | $0.00 | $0.00 |
| Peak Services, LLC | 7100-000 | $2,350.00 | $0.00 | $0.00 | $0.00 |
| Peerless Rug Company | 7100-000 | $163,355.90 | $0.00 | $0.00 | $0.00 |
| People Energy | 7100-000 | $33,202.15 | $0.00 | $0.00 | $0.00 |
| Pioneer Environmental | 7100-000 | $1,226.25 | $0.00 | $0.00 | $0.00 |
| Pitney Bowes | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| PNC Bank, N.A. | 7100-000 | $16,647,913.00 | $0.00 | $0.00 | $0.00 |
| Prestress Engineering Corp. | 7100-000 | $88,657.68 | $0.00 | $0.00 | $0.00 |
| Residential Construction Empl | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| Reyes & Bonoma | 7100-000 | $9,823.50 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| RFK Law Offices | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| Rich Clarey | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Roy Storm Refuse Removal, Inc | 7100-000 | $1,176.80 | $0.00 | $0.00 | $0.00 |
| Salinas Landscaping | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| Service Drywall & Decorating | 7100-000 | $320.00 | $0.00 | $0.00 | $0.00 |
| Shoemaker Lofts Condo Assn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Shoemaker Office Investments LLC | 7100-000 | $16,000.00 | $0.00 | $0.00 | $0.00 |
| Softer Lite Window | 7100-000 | $68,221.40 | $0.00 | $0.00 | $0.00 |
| Stevens & Tate, Inc | 7100-000 | $10,280.00 | $0.00 | $0.00 | $0.00 |
| Stuart Kantoff | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Suarez Roofing, Inc | 7100-000 | $3,450.00 | $0.00 | $0.00 | $0.00 |
| Tampa Investments LLC | 7100-000 | $1,136,308.00 | $0.00 | $0.00 | $0.00 |
| Telion Contracting Corp | 7100-000 | $17,650.00 | $0.00 | $0.00 | $0.00 |
| Tercon Builders, Inc. | 7100-000 | $2,360.00 | $0.00 | $0.00 | $0.00 |
| The Blueprint Shoppe | 7100-000 | $249.60 | $0.00 | $0.00 | $0.00 |
| The Condominium At Monroe Place | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Engineering Studio Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| The Wabash Club Townhome | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Thompson Coburn LLP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Three Twins, Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tri-County Connections Inc | 7100-000 | $16,612.10 | $0.00 | $0.00 | $0.00 |
| Ulmer & Berne LLP | 7100-000 | $172,084.67 | $0.00 | $0.00 | $0.00 |
| Unimax | 7100-000 | $7,036.00 | $0.00 | $0.00 | $0.00 |
| US Bank - Credit Card | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| UST | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Waste Management | 7100-000 | $2,196.94 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Weldtec Iron Works, Inc | 7100-000 | $29,597.50 | $0.00 | $0.00 | $0.00 |
| Weston Solutions, Inc | 7100-000 | $2,925.00 | $0.00 | $0.00 | $0.00 |
| Whirlpool Corporation | 7100-000 | $1,562.38 | $0.00 | $0.00 | $0.00 |
| Williams Stoker & Heating Co | 7100-000 | $2,339.50 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $53,875,290.17 | $37,508,629.62 | $13,827,455.48 | $929,413.52 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

**ASSET CASES**

Page No:  1        Exhibit 8

| Case No.: | 13-29157-ABG | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | DUBIN, DAVID J | Date Filed (f) or Converted (c): | 07/22/2013 (f) |
| For the Period Ending: | 10/7/2016 | §341(a) Meeting Date: | 10/29/2013 |
| | | Claims Bar Date: | 07/24/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Cash on hand (approx.) | $200.00 | $0.00 | | $0.00 | FA |
| 2 | Fidelity Investments College Education account ending 5084 for Daniel Dubin (for informational purposes only) (approx.) | $75,967.36 | $75,967.36 | | $80,812.66 | FA |
| 3 | Fidelity Investments College Education account ending 5114 for Jacob Dubin (for informational purposes only) (approx.) | $91,472.31 | $91,472.31 | | $97,346.68 | FA |
| 4 | American Funds College Savings Plans account ending 5084 for Michelle Dubin (for informational purposes only) (approx.) | $162,466.00 | $162,466.00 | | $206,256.27 | FA |
| 5 | Fidelity Investments College Education account ending 5092 for Michelle Dubin (for informational purposes only) (approx.) | $129,788.33 | $129,788.33 | | $138,123.36 | FA |
| 6 | JP Morgan Bank, N.A. checking account ending 1101 (approx.) | $0.00 | $0.00 | | $0.00 | FA |
| 7 | North Community Bank ending 0966 (approx.) | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Northwest Community Bank ending 4371 (approx.) (1/2 interest) | $1,983.00 | $0.00 | | $0.00 | FA |
| 9 | Inland Bank Prime Traditional Checking Account ending 6264 (approx.) | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Northwest Community Bank checking account ending 3011 (approx.) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Inland Bank Savings account ending 5664 (approx.) (1/2 interest) | $237.62 | $0.00 | | $0.00 | FA |
| 12 | American Funds College Savings Plans account ending 5143 for Daniel Dubin (for informational purposes only) (approx.) | $162,466.00 | $162,466.00 | | $206,256.27 | FA |
| 13 | American Funds College Savings Plans account ending 5153 for Jacob Dubin (for informational purposes only) (approx.) | $162,466.00 | $162,466.00 | | $206,256.32 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2      Exhibit 8

| | |
|---|---|
| **Case No.:** | 13-29157-ABG |
| **Case Name:** | DUBIN, DAVID J |
| **For the Period Ending:** | 10/7/2016 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Date Filed (f) or Converted (c):** | 07/22/2013 (f) |
| **§341(a) Meeting Date:** | 10/29/2013 |
| **Claims Bar Date:** | 07/24/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 14 | Miscellaneous household goods (approx.) (value is less than $2,000.00) | $2,000.00 | $1,000.00 | | $0.00 | FA |
| 15 | Necessary wearing apparel (approx.) | $2,000.00 | $1,000.00 | | $0.00 | FA |
| 16 | Ring and watch (approx.) | $500.00 | $500.00 | | $0.00 | FA |
| 17 | Alliance 401(k) Savings Plan (approx.) | $356,156.97 | $0.00 | | $0.00 | FA |
| 18 | Fidelity Investment account ending 1658 (approx.) | $90,061.77 | $0.00 | | $0.00 | FA |
| 19 | 18 South Aberdeen Corp. (sole shareholder) | Unknown | $0.00 | | $0.00 | FA |
| 20 | 4401 West Lawrence, L.L.C. (sole member) | $0.00 | $0.00 | | $0.00 | FA |
| 21 | 4500 West Belmont Development Corp. (sole shareholder) | $0.00 | $0.00 | | $0.00 | FA |
| 22 | 4745 North Elston, L.L.C. (sole member) | $0.00 | $0.00 | | $0.00 | FA |
| 23 | Dubin Residential Communities Corp. (sole shareholder) | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Greenleaf Rentals, L.L.C.(1373 Green Leaf ) (sole member) | $0.00 | $0.00 | | $0.00 | FA |
| 25 | Tampa Investments L.L.C. (sole member) | $0.00 | $0.00 | | $0.00 | FA |
| 26 | Shoemaker Office Management, LLC (Sole Member) | $0.00 | $0.00 | | $0.00 | FA |
| 27 | Dubin Consulting, Inc. (sole shareholder) | $0.00 | $0.00 | | $0.00 | FA |
| 28 | For informational purposes: see Statement of Financial Affairs for entities owned by David Dubin Revocable Trust | $0.00 | $0.00 | | $0.00 | FA |
| 29 | Promissory Note of Guru Naganat (approx.) | $123,584.35 | $123,584.35 | | $4,529.01 | FA |
| 30 | Debts due from Affiliates listed in Exhibit B-18 | Unknown | $0.00 | | $0.00 | FA |
| 31 | David Dubin Revocable Trust | $0.00 | $0.00 | | $0.00 | FA |
| 32 | Claims against Levenfeld Pearlstein, et al. | Unknown | $0.00 | | $0.00 | FA |
| 33 | Claims against PNC Bank | Unknown | $0.00 | | $0.00 | FA |
| 34 | Claim against Ulmer and Berne | Unknown | $0.00 | | $0.00 | FA |
| 35 | Claim against FirstMerit Bank National Association | Unknown | $0.00 | | $0.00 | FA |
| 36 | Claim against Reed Smith LLP | $0.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No:   3          Exhibit 8

| Case No.: | 13-29157-ABG | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | DUBIN, DAVID J | Date Filed (f) or Converted (c): | 07/22/2013 (f) |
| For the Period Ending: | 10/7/2016 | §341(a) Meeting Date: | 10/29/2013 |
| | | Claims Bar Date: | 07/24/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 37 | 2008 Acura TL (1/2 interest) (approx.) | $15,000.00 | $10,634.00 | | $0.00 | FA |
| 38 | Fraudulent Transfer Recoveries Settlement (u) | $0.00 | $464,948.44 | | $464,948.44 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $1,238.71 | FA |

**TOTALS (Excluding unknown value)**                                                                                                            **Gross Value of Remaining Assets**

$1,376,349.71          $1,386,292.79                    $1,405,767.72          $0.00

**Major Activities affecting case closing:**

09/30/2016     The Trustee negotiated settlement of litigation claims against Dubin Family Members. The Trustee recovered assets and received settlement proceeds as part of the settlement.  The Final Report was submitted to UST on 4/25/16 and filed with the Court on 6/2/16.  Orders were entered on 6/27/16 and distributions were made on 6/29/16.

9/30/16 - Received zero bank balance statement.  J. Ziegler will prepare TDR for submission to UST.

**Initial Projected Date Of Final Report (TFR):**     12/31/2015          **Current Projected Date Of Final Report (TFR):**          /s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No. | 13-29157-ABG | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | DUBIN, DAVID J | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***9001 | Checking Acct #: | ******0274 |
| Co-Debtor Taxpayer ID #: | | Account Title: | David J. Dubin |
| For Period Beginning: | 7/22/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/7/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/22/2014 | (29) | Weissberg and Associates, Ltd. | PAYMENTS DEPOSITED INTO CLIENT TRUST FUND ACCOUNT FROM NAGANATHAN GURU REV. TRUST | 1121-000 | $4,529.01 | | $4,529.01 |
| 11/20/2015 | | Transfer From: #******0337 | TRANSFER FUNDS FOR PAYMENT OF ESTATE TAXES TO IRS AND IDOR | 9999-000 | $155,000.00 | | $159,529.01 |
| 11/20/2015 | 1001 | ILLINOIS DEPT. OF REVENUE | 2015 TAX RETURN - 1041-V | 2820-000 | | $12,233.00 | $147,296.01 |
| 11/20/2015 | 1002 | UNITED STATES TREASURY | 2015 ESTATE TAX - 1041-V | 2810-000 | | $143,209.00 | $4,087.01 |
| 02/22/2016 | 1003 | ARTHUR B. LEVINE CO. | Bond Payment | 2300-000 | | $508.48 | $3,578.53 |
| 05/31/2016 | | Transfer From: #******0337 | | 9999-000 | $1,246,154.27 | | $1,249,732.80 |
| 06/29/2016 | | Transfer From: #******0337 | | 9999-000 | $84.44 | | $1,249,817.24 |
| 06/29/2016 | 1004 | POPOWCER KATTEN, LTD. | Claim #: ; Distribution Dividend: 100.00; | 3410-000 | | $1,787.00 | $1,248,030.24 |
| 06/29/2016 | 1005 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $1,640.65 | $1,246,389.59 |
| 06/29/2016 | 1006 | PNC BANK, N.A. | Claim #: ; Distribution Dividend: 100.00; | 2990-000 | | $199,144.67 | $1,047,244.92 |
| 06/29/2016 | 1007 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $65,420.50 | $981,824.42 |
| 06/29/2016 | 1008 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $52,410.90 | $929,413.52 |
| 06/29/2016 | 1009 | PNC Bank, N.A. | Claim #: 1; Distribution Dividend: 6.72; | 7100-000 | | $276,888.49 | $652,525.03 |
| 06/29/2016 | 1010 | PNC Bank, N.A. | Claim #: 2; Distribution Dividend: 6.72; | 7100-000 | | $461,640.98 | $190,884.05 |
| 06/29/2016 | 1011 | FirstMerit Bank, N.A. | Claim #: 3; Distribution Dividend: 6.72; | 7100-000 | | $162,875.59 | $28,008.46 |
| 06/29/2016 | 1012 | Era Valdivia Contractors, Inc. | Claim #: 4; Distribution Dividend: 6.72; | 7100-000 | | $13,975.60 | $14,032.86 |
| 06/29/2016 | 1013 | MB Financial Bank, N.A. | Claim #: 5; Distribution Dividend: 6.72; | 7100-000 | | $1,857.10 | $12,175.76 |
| 06/29/2016 | 1014 | Daspin & Aument, LLP | Claim #: 6; Distribution Dividend: 6.72; | 7100-000 | | $665.23 | $11,510.53 |
| 06/29/2016 | 1015 | Prestress Engineering Corporation | Claim #: 12; Distribution Dividend: 6.72; | 7100-000 | | $11,510.53 | $0.00 |
| | | | | **SUBTOTALS** | $1,405,767.72 | $1,405,767.72 | |

Page No: 2          Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 13-29157-ABG |
| **Case Name:** | DUBIN, DAVID J |
| **Primary Taxpayer ID #:** | **-***9001 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 7/22/2013 |
| **For Period Ending:** | 10/7/2016 |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0274 |
| **Account Title:** | David J. Dubin |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|
| | | **TOTALS:** | | $1,405,767.72 | $1,405,767.72 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $1,401,238.71 | $0.00 | |
| | | **Subtotal** | | $4,529.01 | $1,405,767.72 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $4,529.01 | $1,405,767.72 | |

**For the period of  7/22/2013 to 10/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,529.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,529.01 |
| Total Internal/Transfer Receipts: | $1,401,238.71 |
| | |
| Total Compensable Disbursements: | $1,405,767.72 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $1,405,767.72 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 07/22/2014 to 10/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $4,529.01 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,529.01 |
| Total Internal/Transfer Receipts: | $1,401,238.71 |
| | |
| Total Compensable Disbursements: | $1,405,767.72 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $1,405,767.72 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-29157-ABG | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | DUBIN, DAVID J | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***9001 | | Money Market Acct #: | ******0337 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DAVID J. DUBIN MONEY MARKET |
| For Period Beginning: | 7/22/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/7/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/01/2015 | (5) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL SERVICES LLC | 1129-000 | $138,123.36 | | $138,123.36 |
| 04/01/2015 | (2) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL SERVICES LLC | 1129-000 | $80,812.66 | | $218,936.02 |
| 04/01/2015 | (5) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL SERVICES LLC | 1129-000 | $97,346.68 | | $316,282.70 |
| 04/01/2015 | (13) | WELLS FARGO BANK SF | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH AMERICAN FUNDS SERVICE | 1129-000 | $206,256.32 | | $522,539.02 |
| 04/01/2015 | (12) | WELLS FARGO SF | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH AMERICAN FUNDS SERVICE | 1129-000 | $206,256.27 | | $728,795.29 |
| 04/01/2015 | (4) | WELLS FARGO SF | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH AMERICAN FUNDS SERVICE | 1129-000 | $206,256.27 | | $935,051.56 |
| 04/01/2015 | (5) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL SERVICES LLC | 1129-000 | ($97,346.68) | | $837,704.88 |
| 04/01/2015 | (3) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL FINANCIAL SERVICES | 1129-000 | $97,346.68 | | $935,051.56 |
| 04/01/2015 | (2) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL SERVICES LLC | 1129-000 | ($80,812.66) | | $854,238.90 |
| 04/01/2015 | (2) | JPMORGAN CHASE | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH NATIONAL FINANCIAL SERVICES | 1129-000 | $80,812.66 | | $935,051.56 |
| 04/01/2015 | (13) | WELLS FARGO BANK SF | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH AMERICAN FUNDS SERVICE | 1129-000 | ($206,256.32) | | $728,795.24 |
| 04/01/2015 | (13) | WELLS FARGO SF | DAVID J. DUBIN LIQUIDATION OF 529 ACCOUNT WITH AMERICAN FUNDS SERVICE | 1129-000 | $206,256.32 | | $935,051.56 |
| 04/01/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $10.00 | $935,041.56 |
| 04/01/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $10.00 | $935,031.56 |
| 04/01/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $10.00 | $935,021.56 |

| | | | **SUBTOTALS** | | $935,051.56 | $30.00 | |

**FORM 2**

Page No: 4    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 13-29157-ABG | |
| **Case Name:** | DUBIN, DAVID J | |
| **Primary Taxpayer ID #:** | **-***9001 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/22/2013 | |
| **For Period Ending:** | 10/7/2016 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Money Market Acct #:** | ******0337 |
| **Account Title:** | DAVID J. DUBIN MONEY MARKET |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/01/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $10.00 | $935,011.56 |
| 04/01/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $10.00 | $935,001.56 |
| 04/01/2015 | | East West Bank | Bank Service Fee | 2600-000 | | $10.00 | $934,991.56 |
| 04/02/2015 | (38) | WEISSBERG & ASSOCIATES LTD | REMAINDER OF SETTLEMENT FUNDS PURSUANT TO COURT ORDER DATED 3/30/15 (529 ACCOUNTS) | 1229-000 | $464,498.44 | | $1,399,490.00 |
| 04/02/2015 | (38) | WEISSBERG AND ASSOCIATES, LTD. | REMAINDER OF SETTLEMENT FUNDS PURSUANT TO COURT ORDER DATED 3/30/15 (529 ACCOUNTS) | 1229-000 | $450.00 | | $1,399,940.00 |
| 04/30/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $86.96 | | $1,400,026.96 |
| 05/04/2015 | | East West Bank | Bank Service Fee Reversal | 2600-000 | | ($60.00) | $1,400,086.96 |
| 05/29/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $95.14 | | $1,400,182.10 |
| 06/30/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $92.07 | | $1,400,274.17 |
| 07/31/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $95.14 | | $1,400,369.31 |
| 08/31/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $95.15 | | $1,400,464.46 |
| 09/30/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $92.09 | | $1,400,556.55 |
| 10/30/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $95.17 | | $1,400,651.72 |
| 11/20/2015 | | Transfer To: #******0274 | TRANSFER FUNDS FOR PAYMENT OF ESTATE TAXES TO IRS AND IDOR | 9999-000 | | $155,000.00 | $1,245,651.72 |
| 11/30/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $88.36 | | $1,245,740.08 |
| 12/31/2015 | (INT) | East West Bank | Interest Credit | 1270-000 | $84.65 | | $1,245,824.73 |
| 01/29/2016 | (INT) | East West Bank | Interest Credit | 1270-000 | $84.42 | | $1,245,909.15 |
| 02/29/2016 | (INT) | East West Bank | Interest Credit | 1270-000 | $78.98 | | $1,245,988.13 |
| 03/31/2016 | (INT) | East West Bank | Interest Credit | 1270-000 | $84.43 | | $1,246,072.56 |
| 04/29/2016 | (INT) | East West Bank | Interest Credit | 1270-000 | $81.71 | | $1,246,154.27 |
| 05/31/2016 | (INT) | East West Bank | Interest Credit | 1270-000 | $84.44 | | $1,246,238.71 |
| 05/31/2016 | | Transfer To: #******0274 | | 9999-000 | | $1,246,154.27 | $84.44 |
| 06/29/2016 | | Transfer To: #******0274 | | 9999-000 | | $84.44 | $0.00 |
| | | | **SUBTOTALS** | | $466,187.15 | $1,401,208.71 | |

Page No: 5

Exhibit 9

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 13-29157-ABG | |
| **Case Name:** | DUBIN, DAVID J | |
| **Primary Taxpayer ID #:** | **-***9001 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/22/2013 | |
| **For Period Ending:** | 10/7/2016 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Money Market Acct #:** | ******0337 |
| **Account Title:** | DAVID J. DUBIN MONEY MARKET |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | | $1,401,238.71 | $1,401,238.71 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | | $0.00 | $1,401,238.71 | |
| | | | **Subtotal** | | | $1,401,238.71 | $0.00 | |
| | | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | | **Net** | | | $1,401,238.71 | $0.00 | |

| **For the period of 7/22/2013 to 10/7/2016** | | **For the entire history of the account between 03/25/2015 to 10/7/2016** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,401,238.71 | Total Compensable Receipts: | $1,401,238.71 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,401,238.71 | Total Comp/Non Comp Receipts: | $1,401,238.71 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,401,238.71 | Total Internal/Transfer Disbursements: | $1,401,238.71 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 13-29157-ABG | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | DUBIN, DAVID J | **Bank Name:** | East West Bank |
| **Primary Taxpayer ID #:** | **-***9001 | **Money Market Acct #:** | ******0337 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DAVID J. DUBIN MONEY MARKET |
| **For Period Beginning:** | 7/22/2013 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/7/2016 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,405,767.72 | $1,405,767.72 | $0.00 |

**For the period of 7/22/2013 to 10/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $1,405,767.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,405,767.72 |
| Total Internal/Transfer Receipts: | $1,401,238.71 |
| | |
| Total Compensable Disbursements: | $1,405,767.72 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,405,767.72 |
| Total Internal/Transfer Disbursements: | $1,401,238.71 |

**For the entire history of the case between 07/22/2013 to 10/7/2016**

| | |
|---|---|
| Total Compensable Receipts: | $1,405,767.72 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,405,767.72 |
| Total Internal/Transfer Receipts: | $1,401,238.71 |
| | |
| Total Compensable Disbursements: | $1,405,767.72 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,405,767.72 |
| Total Internal/Transfer Disbursements: | $1,401,238.71 |

/s/ GUS A. PALOIAN

GUS A. PALOIAN